IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LUIS D. ROJAS RODRIGUEZ, et al<br><br>PLAINTIFFS<br><br>vs.<br><br>CARIBBEAN PETROLEUM CORPORATION , et al<br><br>DEFENDANTS | Civil No. 09-2092<br>Consolidated with<br>09-2095;  09-2096<br>09-2215 and 10-1030<br><br>PLAINTIFFS' DEMAND TRIAL BY JURY<br><br>**This Pleading Applies only to 10-1030** |

**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF BEST PETROLEUM CORP.**

_____

**NOW INTO COURT:**

    **COME NOW**, plaintiffs, through undersigned counsel, and move for dismissal without prejudice of defendant Best Petroleum Corp.   Plaintiffs reserve the right name Best Petroleum Corp. as a defendant again if further investigation shows that it was negligent in any manner that contributed to the explosion that forms the basis of this suit.

    **RESPECTFULLY SUMBITTED.**

    In San Juan, Puerto Rico this 29th day of January, 2010.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date, I filed the preceding motion with the Court's CM/ECF system which will notify the counselors of record.

*s/ John F. Nevares*
JOHN F. NEVARES
USDC-PR 130502
John F. Nevares & Associates, PSC
P.O. Box 13667
San Juan, Puerto Rico 00908-3667
Telephone: (787) 722-9333
Facsimile: (787) 721-8820
Email: jfnevares@nevareslaw.com

CAMILO K. SALAS III (LA Bar #11657) (PHV)
Salas & Co., L.C.
650 Poydras Street, Suite 1660
New Orleans, LA 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085
E-mail: csalas@salaslaw.com

DANIEL E. BECNEL, JR. (LA Bar #2926) (PHV)
Law Offices of Daniel E. Becnel, Jr.
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
E-mail: dbecnel@becnellaw.com

Eric M. Quetglas-Jordan
USDCPR #202514
QUETGLAS LAW OFFICE
P. O. Box 16606
San Juan, Puerto Rico 00908
Telephone: 787-722-0635
Facsimile: 787-725-3970
E-mail: Eric@quetglaslaw.com

ANDRES F. ALONSO (PHV)
JERROLD S. PARKER (PHV)
Parker Waichman Alonso LLP
111 Great Neck Road, Suite 101
Great Neck, NY  11021
Telephone: 516-466-6500
Facsimile: 516-446-6665
E-mail:  jerry@yourlawyer.com

MICHAEL LONDON (PHV)
Douglas & London
111 John Street, Suite 1400
New York, NY  10038
Telephone:  212-566-7500
Facsimile:  212-566-7501
E-mail:  mlondon@douglaslondon.com