UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ELIEZER CRUZ APONTE AND MAGDALENA CARABALLO et al**<br><br>Plaintiff<br><br>Vs.<br><br>**CARIBBEAN PETROLEUM CORPORATION et al**<br><br>**Defendants** | **CIVIL NO**. 09-2092 (FAB)<br>**Consolidated With 09-2095; 09-2096; 09-2215 and 2010-1030**<br><br>PLAINTIFFS DEMAND TRIAL BY JURY<br><br>CLASS ACTION COMPLAINT<br><br>This Pleading Applies to 09-2092; **09-2096; 09-2215 and 2010-1030** |

## MOTION TO DISMISS COMPLAINTS FILED AGAINST HARBOR FUEL SERVICE, INC.

**TO THE HONORABLE COURT:**

**COMES NOW** defendant **HARBOR FUEL SERVICE, INC. a/k/a HARBOR BUNKERING CORPORATION** represented by its attorneys and respectfully moves to dismiss the amended complaints filed against them, pursuant to Fed. R. Civ. P. 12(b)(6).

1. Plaintiffs, in Cases No. 09-2092, 09-2096, 09-2215 and 2010-1030 have sued **HARBOR FUEL SERVICE, INC. a/k/a HARBOR BUNKERING CORPORATION**. The complaints, as amended, in these consolidated cases assert that this defendant is one

Puerto Rico Corporation with its principal place of business in San Juan, Puerto Rico and they have been referred to as one company.

2. In order to clarify the record in this case and to clean the docket regarding the correct name of the appearing defendant, we respectfully request the dismissal of the cause of actions filed against **HARBOR FUEL SERVICE, INC.** for the reasons stated below.

3. As of today **HARBOR FUEL SERVICE, INC.** no longer exists due to the fact that it was the subject of a merger with **HARBOR BUNKERING CORPORATION** executed on November 30, 2005. See **Exhibit #1** Certificate of Merger. **HARBOR BUNKERING CORPORATION** was the surviving corporation of the merger.

4. As a result of the merger, Puerto Rico's Secretary of State terminated the existence of **HARBOR FUEL SERVICE, INC.** In **Exhibit #1** the Court will find the Certificate issued by the Puerto Rico's on July 28, 2006 certifying that both corporations merged and that the existence of **HARBOR FUEL SERVICE, INC** was terminated.

5. "Strictly speaking, a merger means the absorption of one corporation that ceases to exist into another that retains its own name and identity and acquires assets and liabilities of the former where the latter also retains its name and corporate identity with the added capital, franchises and powers of the merged corporation." 15 Fletcher Cyc. Corp. §7041 (West 2009).

6. The Puerto Rico statutes state that once a merger becomes effective, the separate legal existence of all of the constituent corporations shall be terminated, except as to the surviving corporation. See 8 Del. C. Annot. §259; P.R. Laws Annot. Tit. 14 §3059.

7.  In view of the above, the lawsuits filed **HARBOR FUEL SERVICE, INC.** should be dismissed since they no longer can be named as a party to litigations subsequent to the 2005 merger. "Once a corporate merger has been completed, the absorbed corporation immediately ceases to exist as a separate entity, and may no longer be named a party in litigation in an action arising after the merger is consummated." 15 Fletcher Cyc. Corp. §7082 (West 2009).

8.  Therefore pursuant to our request the appearing defendant should be referred to as **HARBOR BUNKERING CORPORATION** pursuant to the merger agreement consummated between both companies.

**WHEREFORE**, it is respectfully requested from this Honorable Court that this motion to dismiss be **GRANTED** for the grounds set forth above.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this eleventh (18th) day of February, 2010.

**IT IS HEREBY CERTIFIED** that today we electronically filed the foregoing with the clerk of the Court using the CM/ECF system which, on information and belief, shall automatically notify all counsel of record and which, pursuant to Local Civil Rule 5.1 (b)(2), constitutes the equivalent of service.

\S\ RAFAEL A. OJEDA DIEZ
USDC Id. No. 210105
OJEDA & OJEDA
PO Box 9023392
San Juan, PR 00902-3392
Tels.  (787) 728-4120 -728-4102
Fax   (787) 727-3177
E-mail: rafaelojeda@ojedalawpr.com.com