**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ELIEZER CRUZ APONTE, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CARIBBEAN PETROLEUM CORPORATION, ET AL. <br><br> Defendants. | CIVIL NO. 09- 2092 (FAB) <br><br> **(LEAD CASE)** |
| JOSE SUAREZ, ET AL. <br><br> Plaintiffs <br><br> v. <br><br> CARIBBEAN PETROLEUM CORPORATION, ET AL. <br><br> Defendants | CIVIL NO. 09-2095-FAB |
| ENRIQUE CRUZ ANDINO, ET AL. <br><br> Plaintiffs <br><br> v. <br><br> CARIBBEAN PETROLEUM CORPORATION, ET AL. <br><br> Defendants. | CIVIL NO. 09-2096-FAB |

| | |
|---|---|
| FRANCISCO BAROSO AMEZQUITA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CARIBBEANPETROLEUM CORPORATION, ET AL. <br><br> Defendant. | CIVIL NO. 09-2215(FAB) |
| LUIS D. ROJAS RODRIGUEZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> CARIBBEANPETROLEUM CORPORATION, ET AL. <br><br> Defendant. | CIVIL NO. 10-1030(FAB) |

**MOTION FOR VOLUNTARY DISMISSAL OF SHELL OIL COMPANY AND ROYAL DUTCH SHELL**

TO THE HONORABLE COURT:

    COME NOW, Plaintiffs, through undersigned counsel, who respectfully allege and prays follows:

    1.    On April 29, 2010, counsel for defendant Shell Oil Company represented to the undersigned that neither Shell Oil Company nor Royal Dutch Shell have contacts in Puerto Rico and do not do business in Puerto Rico related to storage of product at the Capeco facilities . Therefore, plaintiffs hereby move for voluntary dismissal of Shell Oil Company and Royal Dutch Shell from the cases in which they are named as defendants.

2. On that same date it was also represented that Shell Trading US Company is the entity that does business in Puerto Rico regarding the storage of product at the Capeco facilities. Thus, Shell Trading US Company would be the properly named defendant in the above captioned case and Plaintiffs shall be amending the complaints accordingly.

WHEREFORE, Plaintiffs in the above captioned cases respectfully request the voluntary dismissal with prejudice of all claims against defendants Shell Oil Company and Royal Dutch Shell.

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I filed the preceding motion with the Court's CM/ECF system which will notify all counselors of record.

RESPECTFULLY SUMBITTED.

In San Juan, Puerto Rico this 30th day of April, 2010.

s/ John F. Nevares
JOHN F. NEVARES
USDC-PR 130502
John F. Nevares & Associates, PSC
P.O. Box 13667
San Juan, Puerto Rico 00908-3667
Telephone: (787) 722-9333
Facsimile: (787) 721-8820
Email: jfnevares@nevareslaw.com

CAMILO K. SALAS III (LA Bar #11657) (PHV)
Salas & Co., L.C.
650 Poydras Street, Suite 1660
New Orleans, LA 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085
E-mail: csalas@salaslaw.com

DANIEL E. BECNEL, JR. (LA Bar #2926) (PHV)
Law Offices of Daniel E. Becnel, Jr.
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
E-mail: dbecnel@becnellaw.com

Eric M. Quetglas-Jordan
USDCPR #202514
QUETGLAS LAW OFFICE
P. O. Box 16606
San Juan, Puerto Rico 00908
Telephone: 787-722-0635
Facsimile: 787-725-3970
E-mail: Eric@quetglaslaw.com

ANDRES F. ALONSO (PHV)
JERROLD S. PARKER (PHV)
Parker Waichman Alonso LLP
111 Great Neck Road, Suite 101
Great Neck, NY 11021
Telephone: 516-466-6500
Facsimile: 516-446-6665
E-mail: jerry@yourlawyer.com

MICHAEL LONDON (PHV)
Douglas & London
111 John Street, Suite 1400
New York, NY 10038
Telephone: 212-566-7500
Facsimile: 212-566-7501
E-mail: mlondon@douglaslondon.com