IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| HERIBERTO GARCIA-PARRA,<br><br>**Plaintiff**,<br><br>v.<br><br>CARIBBEAN PETROLEUM CORPORATION, et al.,<br><br>**Defendants**. | **CIVIL NO.** 09-2148 (FAB) |

**JUDGMENT**

In accordance with the Order entered today (Docket No. 12), the Court hereby enters judgment **DISMISSING this case WITHOUT PREJUDICE.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 14, 2010.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE