IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELIZIER CRUZ-APONTE, et al.<br><br>Plaintiffs<br><br>v.<br><br>CARIBBEAN PETROLEUM CORPORATION, et al.<br><br>Defendants | Civil No. 09-2092-FAB<br><br>c/w 09-2095<br>c/w 09-2096<br>c/w 09-2118<br>c/w 09-2215<br>c/w 10-1030<br>c/w 10-2036 |

## NOTICE OF APPEAL

NOW COME all  the plaintiffs in these consolidated suits and hereby give notice that they appeal from the Judgment entered by the Court on September 10, 2012 in these consolidated actions dismissing with prejudice all claims against defendant Liberty Mutual Insurance Company.

**RESPECTFULLY SUMBITTED,**

In San Juan, Puerto Rico this 10th day of October, 2012.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I filed the preceding motion with the Court's CM/ECF system which will notify the counselors of record.

s/ *John F. Nevares*
JOHN F. NEVARES
USDC-PR 130502
John F. Nevares & Associates, PSC
P.O. Box 13667
San Juan, Puerto Rico 00908-3667
Telephone: (787) 722-9333
Facsimile: (787) 721-8820
Email: jfnevares@nevareslaw.com

-2-

Camilo K. Salas III (#11657) (PHV)
SALAS & Co., L.C.
650 Poydras Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085
E-mail: csalas@salaslaw.com

Daniel E. Becnel, Jr. (#2926) (PHV)
Law Offices of Daniel E. Becnel, Jr.
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
E-mail: dbecnel@becnellaw.com

Eric M. Quetglas-Jordan
USDCPR #202514
QUETGLAS LAW OFFICE
P.O. Box 16606
San Juan, Puerto Rico 00908
Telephone: 787-722-0635
Facsimile: 787-725-3970
E-mail: Eric@crnetcilaslaw.com