# United States Court of Appeals
## For the First Circuit

No. 12-2308

MAGDALENA CARABALLO; ELIEZER CRUZ-APONTE; PETRA RAMOS AMARO; JOSE SUAREZ; NILDA ACEVEDO; CONJUGAL PARTNERSHIP SUAREZ-ACEVEDO; VINOS SELECCION, INC.; ORLANDO CORDOVA; ENRIQUE CRUZ-ANDINO; NANCY ORTEGA-COLON; JOSE R. ARIZMENDI-FANCESCHI; CARMEN MILAGROS DE JESUS; ANTONIO VARGAS; AIDA LUZ BERNABE-VARGAS; EVELYN CRUZ; YAHAIRA ORTIZ; CARLOS A. CABRERA; SUHAIL LLOPIZ-OTERO; JESUS HERNANDEZ-ALVAREZ; IDALIA VELAZQUEZ; JORGE ARTEAGA-ORTEGA; LOURDES BLOISE; MATHEW BELTRAN-BLOISE; LOURDES BERNABE-MARTINEZ; KAREN I. DIAZ-BERNABE; RAMON VARGAS-MARTINEZ; LUIS YAMIL GARCIA-GONZALEZ; GLENDA CAMACHO; PEDRO DE-LEON; ROBERTO CRESPO; DIANA CRESPO; JAVIER VILLANUEVA; SONIA VEGA; WILFREDO OCASIO; DANIELA OCASIO; VILMA GONZALEZ; LUIS AMARO; JUAN RIVERA-MELENDEZ; BETZAIDA DE JESUS-BATISTA; JORGE LUIS FERRER-PEREZ; JANE DE FERRER; RAFAEL CRUZ, d/b/a Garage Ralph; FRANCISCO BARROSO-AMEZQUITA; AUREA AYALA-FERRER, on her behalf and on behalf of her children; LILLIANA DIAZ-SANTANA; ANGEL RIVAS-BERRIOS; ARISTIDES RIVAS-BERRIOS; MIGUEL GONZALEZ-SANTAZNA; BLANCA AMARO-DIAZ, on her behalf and on behalf of her children; CARLOS PAGAN-PIZARRO; SILVESTRE QUINONES-MARTINEZ; JANICE NEGRON-ALMEDA, on her behalf and on behalf of her son; JOSE RODOLFO VIDIEZ-ISAIAS; MILAGROS RODRIGUEZ-CRUZ; ARNALDO RIVERA-HERNANDEZ; ROBERTO DE-JESUS-SIERRA; JANE CACERES-AYIR; IVAN CACERES-ORTIZ; MARIA M. RIVERA-ORTIZ, on her behalf and on behalf of her children; RICHARD ECKERT; JESUS HERNANDEZ-ROSARIO; ELIZABETH RAMOS-GONZALEZ, on her behalf and on behalf of her son; KATIA QUINONES-RAMOS; GENARO CAMACHO; ARIELO ORTIZ; RAFAEL VEGA-LUGO; MERCEDES CANO-RODRIGUEZ; JORGE SERRANO-SERRANO; ROSA I. AYALA-FERRER, on her behalf and on behalf of her children; NEFTALI AYALA-RODRIGUEZ; ALICIA FERRER-MARTINEZ; AIDA ALLENDE-CRUZ; RAFAEL ORTA-SERRANO; EFRAIN BARBOSA-ALLENDE; ANTONIA RODRIGUEZ-CLAUDIO; WILFREDO RIVERA-SUAREZ; FRANCISCO BARROSO-AYALA; MARILU MARTINEZ-OTERO; EDUARDO SANCHEZ; MIRIAM FLORES-DE-JESUS; RAFAEL GONZALEZ-ALVAREZ; ORLANDO MONCLOVA-DE-JESUS; MILAGROS RODRIGUEZ-SANCHEZ; MARIA LUISA ORTIZ-VAZQUEZ; MARIA M. LOPEZ; REBECCA RODRIGUEZ, on her behalf and on behalf of her children; MARIA V. MORALES-SANTIAGO; JOSE R. HERNANDEZ-MATEO; MIGUEL CUADRADO-MORALES; GLADYS COLON-BERRIOS, on her behalf and on behalf of her son; JONATHAN HERNANDEZ-COLON; NESTOR MALDONADO-GONZALEZ; MYRTA BORGES-MASA; MARIA L. ORTIZ-VAZQUEZ; ALICIA RODRIGUEZ-BELLO; OSCAR ORTIZ-MARRERO; RONALD HENDERSON-LOZADA; CLIFTON HENDERSON-LOZADA; DANIEL FLORES-LOPEZ; EDUMIL RUIZ-LORENZO; LURISA APONTE-GANDIA; ANGEL TORRES-MERCADO; RUTH SILVA-PEREZ; CONCEPCION

MAISONET-GALARZA; CODELIVA GALARZA-RODRIGUEZ; ESTHER MARIA LUGO, on her behalf and on behalf of her child; MARIA A. PAGAN-ALEJANDRO, on her behalf and on behalf of her son; MARIA ORTIZ-RODRIGUEZ; ROSA RODRIGUEZ-CABRERA; ROSELYN SAAVEDRA; MAGALI PEREZ-ROSARIO; RAUL RODRIGUEZ-DETRES; JOSE A. ROSADO-MALDONADO; URSA GARCIA-CEDO; MARITZA AYALA-REYES, on her behalf and on behalf of her children; DAMARIS ALVAREZ-LUGO, on her behalf and on behalf of child; RAFAEL CARRION-DIAZ; JESUS RIVAS-BERRIOS; LUIS ALBERTO OLMO-COTTO; EDWIN REYES-VERA; NELLIE OCASIO-MENDOZA, on her behalf and on behalf of her children; IVELYN ROSA-SERRANO, on her behalf and on behalf of her children; WILFREDO RIVERA-PEREZ; HECTOR J. ROSA-FIGUEROA; ROSA SERRANO-MORALES; MIRIVIANETTE MORALES; JOSE O. GARCIA-MARRERO; NEREIDA NIEVES-GONZALEZ; KARLA M. PAGAN-NIEVES; HECTOR J. ROSA-SERRANO, on his behalf and on behalf of his children; SANTOS PEREZ-MATOS, on his behalf and on behalf of his grandson; ISABEL LOPEZ-LOPEZ, on her behalf and on behalf of her son; WILMA VANESSA CRUZ-ORTIZ, on her behalf and on behalf of her children John A. Garcia-Cruz and Alanis V. Rodriguez-Cruz; CATHERINE GIL-DE-LA-MADRID-RUBIO, on her behalf and on behalf of her daughter; LYNETTE GIL-DE-LA-MADRID-RUBIO; NELSON TORRES-VEGA; MIGDALIA LUGO-SABLIER; CHRISTIAN BAEZ-LUGO; EDRICK BAEZ-LUGO; MARILENE RIVERA-BONILLA, on her behalf and on behalf of her children; JOSE LUIS DE JESUS-OLIVO; MARIO VEGA-HERNANDEZ; CARMEN REY-AULET; MARIA T. RIVERA-RODRIGUEZ; JOSE L. ROMAN-SERRANO; JOEL RIVERA-RIVERA; PEDRO CARRION-HUERTAS; MIGDALIA CAMBRELEM-BELTRAN, on her behalf and on behalf of her son; VILMA RIVERA-ROSARIO; DANIEL RIVERA-FUENTES; SULEYKA MORALES-RIVERA, on her behalf and on behalf of the child; RUBEN ORTIZ-SANTIAGO; ANTONIO ORTIZ-PEREZ; MARIA VIERA-MALDONADO, on her behalf and on behalf of the children; ANGEL ZONON-CEPEDA; JOAQUINA CEPEDA-CRUZ; DAMARIS PEREZ-CALDERON; RAFAEL OTERO-MALDONADO; ANTONIO FIGUEROA-RODRIGUEZ; ARCIDES ZAYAS-TORRES; BRUNILDA HERNANDEZ-SALGADO; NOEL ORTIZ-GONZALEZ; MILDRED HERNANDEZ-RODRIGUEZ; LUIS D. REYES-HERNANDEZ; DIANA NUEZ-CORRADA; MATOS LOPEZ JERONIMO; MILAGROS TORRES-FIGUEROA, on her behalf and on behalf of her children; LOURDES I. COLON-SOSA; JOSE L. GONZALEZ-RODRIGUEZ; RAUL RIVAS-BERRIOS; WANDA OJEDA-OCASIO; JESSICA RIVERA-OJEDA, on her behalf and on behalf of the child; CYNTHIA RIVAS-OJDEA, on her behalf and on behalf of the child also known as Rivas Ojeda Cynthia; WILFREDO MENDEZ-SANTOS, on his behalf and on behalf of his daughter; HAYDEE M. BONILLA RIVERA; JORELYS SUAREZ-RIVERA, on her behalf and on behalf of her children; ALEXANDER CRUZ-ROSARIO; BERNADETTE SURIEL-NUEZ; EUGENIO COTTO-QUIONES; GLENDA CABALLERO-PENDAZ, on her behalf and on behalf of her children; CANDIDA ORTIZ-COLON; WILFREDY RIVERA; AMADA LEBRON-MONTES; IVELISSE NARVAEZ-RODRIGUEZ; WILFREDO RIOS-COLON, on his behalf and on behalf of his son; ALEXSANDRA COLON-MERCADO, on her behalf and on behalf of her children; JOSE M. SALA-RIVERA; ANA I. CARCAMO-LOAIZA; ELSA GUZMAN-NEGRON, on her behalf and on behalf of her children; GLORIA OJEDA-HERNANDEZ, on her behalf and on behalf of the children; ROGELIO ROMAN-PEREZ; IVETTE VILLANUEVA-JIMENEZ, on her behalf and on behalf of her children; GLADYS JIMENEZ-MARENGO; MELVIN VILLANUEVA-

JIMENEZ; HECTOR MARCIAL-VILLEGAS, on his behalf and on behalf of his children; JOAN M. COLON-ROSADO; RUBEN MEDINA-FONSECA; ANA DELIA JIMENEZ-MELENDEZ; GUILLERMO GUADALUPE-JIMINEZ; ORLANDO GONZALEZ-VAZQUEZ; ANSELMO GONZALEZ-VAZQUEZ; ANGEL ORTIZ-SANTANA; JULIO MATOS-CAPIFALI; DAVID SANABRIA-RODRIGUEZ, on his behalf and on behalf of his children; LIZZETTE BOBONIS ROIG; YIREILY RIOS-LUGO, on her behalf and on behalf of her children; CHRISTIAN MARTINEZ; LISSETTE DE JESUS-RIVERA, on her behalf and on behalf of her children; RAFAEL A. ROSARIO-MELENDEZ; JOSE A. OTERO-SANTIAGO; MONICA ROLON, on her behalf and on behalf of the children; RAMON L. AVILA RODRIGUEZ; INES RODRIGUEZ MARTINEZ; MARIA DEL C AVILA RODRIGUEZ; CARMEN RIVERA RODRIGUEZ, on her behalf and on behalf of the child; MEYDARI ORTIZ, represented by Carmen Rivera-Rodriguez; OMAR MERCADO VAZQUEZ; LETICIA HUERTAS, on her behalf and on behalf of the children; KEVIN J. RODRIGUEZ, represented by Leticia Huertas; LUIS O. RODRIGUEZ, represented by Leticiai Huertas; DAMARIS HUERTAS; MARIA ORTIZ; ANA BARBARA VEGA; AIDA L. GONZALEZ; EDWIN ROLON; EDWIN I. ROLON GONZALEZ; RAMON RODRIGUEZ ROMERO; NORMA L. ROLON ROSADO; CANDIDO RODRIGUEZ ROLON; MARIA V. LOPEZ ROSARIO; FRANCISCO LOPEZ MULERO; JOSE MULERO LOPEZ; GENOVEVA SEGARRA MERCADO; KETTY FLORES ILARAZA; DANARILYS CORTES GONZALEZ; JOSE VARGAS; JOEL A. LOPEZ ROSARIO; KATHERINE ADORNO LOPEZ, on her and behalf and on behalf of the children; KEILIANY LOPEZ ADORNO; JOMET LOPEZ ADORNO, represented by Katherine Adorno Lopez; MANUEL GONZALEZ FLORES, on his behalf and on behalf of the child; MANUEL A. GONZALEZ POMALES, represented by Manuel Gonzalez-Flores; GLADYS MARTINEZ PEREZ; MYRNA L. NIEVES, on her behalf and on behalf of the child; LUIS J. OTERO NIEVES, represented by Myrna L. Nieves; CARMEN MONTALVO, on her behalf and on behalf of her child; FRANCISCO RODRIGUEZ, represented by Carmen Montalvo; XIOMARA M. ORTIZ, on her behalf and on behalf of her children; OMAR RODRIGUEZ ORTIZ, represented by Xiomara M. Ortiz; ALEXIS RODRIGUEZ ORTIZ; JESUS HUERTAS RODRIGUEZ; CARLOS A. CORCHADO MEDINA; EDWIN CORA NEGRON; MAYRA L. CORA NIEVES; ROSAURA RODRIGUEZ GUZMAN; DOLORES HUERTAS REYES; JACQUELINE MARRERO, on her behalf and on behalf of the children; LUIS HERNANDEZ MARRERO, represented by Jacqueline Marrero; KEVIN J. HERNANDEZ MARRERO, represented by Jacqueline Marrero; MARIA DELGADO ROMAN, on her behalf and on behalf of the children; JOHN A. FEBUS DELGADO, represented by Maria Delgado Roman; ALEJANDRO FEBUS DELGADO, represented by Maria Delgado Roman; LUISA ORTIZ CINTRON, on her behalf and on behalf of the child; JUAN M. RAMOS ORTIZ; SAMUEL ORTIZ RIVERA, on his behalf and on behalf of the child; SABEL ORTIZ-DIAZ, represented by Samuel Ortiz Rivera; NADYA AVILES ALICIEA, on her bealf and on behalf of the child; GERMAN J. VAZQUEZ, reprsented by Nadya M. Aviles Alicea; NASHA VAZQUEZ, represented by Nadya M. Aviles Alicea; NINOSHKA VAZQUEZ, represented by Nayda M. Aviles Alicea; GERMAN VAZQUEZ; ARELYS HUERTAS, on her behalf and on behalf of her child; GIOVANY ROSARIO, represented by Arelys Huertas; JAN G. ROSARIO, represented by Arelys Huertas; LUIS ROSARIO, represented by Arelys Huertas; ROSA ROSARIO, represented by Arelys Huertas; TATIANA BURGOS RODRIGUEZ, on her behalf and on behalf of the child; EDGAR J. BURGOS, represented by Tatiana Burgos-Rodriguez;

MIGUEL A. COREANO RIVERA; OLGA M. HUERTAS; LUIS VAZQUEZ VILLAFAE; OLGA I. PABON BULLET, on her behalf and on behalf of the child; KIARA A. MARRERO PABON, represented by Olga I. Pabon Bullet; ABIMAEL MARRERO PABON, represented by Olga I. Pabon Bullet; MARGARITA CINTRON NUNEZ, on her behalf and on behalf of her children; MARYORIE ORTIZ CINTRON, reoresented by Margarita Cintron Nunez; GLARYS ORTIZ CINTRON, represented by Margarita Cintron Nunez; LAURA COLON MARRERO, on her behalf and on behalf of the children; BRIAN J. GONZALEZ COLON; NATALY RIVERA COLON, represented by Laura Colon Marrero; VICTOR A. GARCIA COLON, represented by Laura Colon Marrero; CARMEN L. DE JESUS ORTIZ, on her behalf and on behalf of her children; DANIEL DE JESUS, represented by Carmen L. De Jesus Ortiz; ANGEL D. MATOS DE JESUS, represented by Carmen L. De Jesus Ortiz; MANUEL HUERTAS OCASIO; EDITH M. HUERTAS TORRES; SARA N. MARTINEZ-GONZALEZ; BRENDA E. GUZMAN MARTINEZ; SHEILA E. GUZMAN MARTINEZ; CARMEN BECERIL RODRIGUEZ, on her behalf and on behalf of her children; RAUL RIVERA DIAZ; CARMEN M. MARTINEZ; GLENDA REYES OTERO, on her behalf and on behalf of her child; ANIBAL J. ROJAS; DEBORA LOPEZ, on her behalf and on behalf of her children; NELIDA HUERTAS CANDELARIO; ZAIMARA ROSADO HUERTAS; EFRAINA COLLAZO; HECTOR M. HUERTAS CANDELARIO; CARMEN R. HUERTAS CINTRON, on her behalf and on behalf of her child; LEONCIO CALDERON RODRIGUEZ; ANTONIA RIVERA PAGAN; CRISOBAL LOPEZ AGOSTO; ADELAIDA TORRES-RIOS; FELIX VELEZ VARGAS; MARIA RIVERA ROSARIO; MARIA ORTIZ NIEVES; PABLO JESUS ORTEGA; ADA SANTIAGO, on behalf of her and on behalf of her children; CARMEN OTERO; JESSICA MENDEZ; EDNA FELIX ORTIZ, on her behalf and on behalf of her children; YAQUELINE RUBEL, on her behalf and on behalf of the children; WANDA I. FIGUEROA, on her behalf and on behalf of the children; CANDIDO MORALES ORITZ; ARLENE FOURNIER CAMACHO; LUIS LOPEZ ROMAN; RAFAELA SIERRA VEGA, on her behalf and on behalf of her child; MARIA VARGAS ROSARIO, on her behalf and on behalf of her children; ELIZABETH ROSARIO PEREZ; HERIBERTO VARGAS ROLON; MIGUEL QUINONES MONTANEZ; MICHAEL LOZADA, on his behalf and on behalf of the children; ANDRES ORTIZ; MICHELLE GUTIERREZ, on her behalf and on behalf of the children; CATHERINE M. AVILA ROJAS, on her behalf and on behalf of the children; BENJAMIN RIVERA, on his behalf and on behalf of the children; MARGARITA COLON COLON; CARMEN ADRIA ALBERI MONROIG, on her behalf and on behalf of the children; FRANCISCO A. SERRANO CORDERO; CANDIDA BARONIEL BACALIANI; BENMARIS CRUZ GOMEZ; JOSE SOTO ROCA; WANDA MONTES-RIVAS; JORGE GONZALEZ MARTINEZ; JORGE GONZALEZ-MONTES; JOSE ORTIZ-ALICEA; TAMARA ADORNO-FIGUEROA; RUBEN AVILES-RODRIGUEZ, on his behalf and on behalf of the child; DARLENE ORTIZ-ADORNO, on her behalf and on behalf of the child; MARTA D. SANCHEZ-BARBOSA; WILBERTO MARRERO-GONZALEZ; ISABEL CASTRO-RIVAS; HECTOR APONTE-MARTINEZ; NATIVIDAD RAMOS-MALDONADO; JOSE RAMON OJEDA; AWILDA FIGUEROA-MAYSONET; JANET FALCON; ESTHER ROBLES-CAMACHO; HECTOR BAEZ-ROBLES; DOMINGO BAEZ-ROBLES; PAUL BAEZ-ROBLES; MIGDALIA RODRIGUEZ-ALVAREZ; OSCAR MELECIO-MAYSONET; MARIA DIAZ-RIVERA; BELKYS N. QUILES DIAZ; SOFIA TORRES QUIONES, on her behalf and on behalf of the child; PETRA RAMOS AMARO; JOSE E. OTERO RIVERA; MAC MALDONADO; FERDINAND ORTIZ;

RAMONA SANTOS-JIMENEZ; RAFAELA SANTOS-RIVERA; VERGENTINO ROBLES-MORALES; MARIBEL ROBLES-ROSARIO; KATIRIA LOPEZ-BERRIOS, on her behalf and on behalf of her daughter; LUZ M. MOLINA-ORTA; LIZBETH BAEZ RETAMAR; ENID SANTAZ SANTANA, on her behalf and on behalf of her children; VIVIAN ADOBIA HERNANDEZ; LILLIANA ORTIZ SANTIAGO; SANTOS CANCEL ALDARONDO; GLORIA BAEZ-ROBLES; FARMACIAS LAS VEGAS; MATILDE RAMIREZ DIAZ; MELISSA PERELEZ LARACUENTE; MARINA MASTRO; MARILYN BAEZ-ROBLES; MARIANO MORALES GONZALEZ; CARMEN ROSA PABON SALGADO; LUZ M. GARCIA CRUZ; GABRIEL VELAZQUEZ SANCHEZ; ALFONSO RODRIGUEZ ORTIZ; DARIBER RIVERA CRUZ; LUZ DELIA CRUZ CONCEPCION; PABLO RIVERA ARCE; DAISYBELL CRUZ RODRIGUEZ; RAMON RIVERA GONZALEZ; AMBAR PAULINO; DAVID LABOY RIVERA; CARMEN J. NIEVES MENDOZA; JACKELINE MARRERO NIEVES, on her behalf and on behalf of her children; ENEIDA KUILAN ROSARIO; DANIRIS MARTINEZ FIGUEROA; CARIDAD LANDOR ROSADO; SOL RIVERA REYES; FELICITA PABON BULLOT; MARIA TERESA MERCADO PABON; JUAN RAMON MENDEZ CARDONA; CARMEN GLADYS SANCHEZ; GABRIELA REYES SANTIAGO; BARBARA COLON PEREZ; PABLO COLLAZO FIGUEROA; LUZ E. SANTANA CINTON; CARMEN ALEJANDRO; DOMINGO DIAZ TORRES; JENNY MELENDEZ-MENDOZA; MARIA MELENDEZ MENDOZA, on her behalf and on behalf of her son; JOHNNY MARRERO RIVERA; NILSA RODRIGUEZ SERRANO; LUZ CELENIA BARBOSA RODRIGUES, on her behalf and on behalf of her child; CORALINA OTERO RIVERA; ANA DAISY GONZALEZ; ANTONIO ORTIZ NOGUE; KEYLA ARIANIS ORTIZ; LILIVETTE ORTIZ GONZALEZ; ORLANDO NIEVES RIVERA; ANDRES MEDINA PABON; ANA CINTRON MIRANDA; RECHANI CRUZ CINTRON; SONYA CRUZ CINTRON; MARIBELLY PAGAN RIOS; MARIA RIOS ORTEGA; CARMEN RIOS ORTEGA; YAHAIRA PAGAN; ISABEL VELEZ PIZARRO; ANTONIO VELEZ CORDERO; JOELIANY CRUZ SUAREZ; JOELIER CRUZ CINTRON; DAVID DIAZ PAGAN; OMAR PAGAN RIOS; ANGEL ORTIZ; ENRIQUE RIVERA; ORLANDO NIEVES CINTRON; LUZ RIVERA ROSARIO; WANDA TORRES RODRIGUEZ; HIRAM CHOCLASE; TONY CHOCLASE; JOSE ROSADO MALDONADO; JULIO GONZALEZ COLON; PEDRO PEREZ NIEVES; ORLANDO ROBLES LOZADA; JOSE R. RIVERA MALDONADO; MONSELA QUINONES AMBERT; VIRGEN CARABALLO VAZQUEZ; MANOLIN MARTINEZ NEGRON; MIGUEL GOMEZ DELGADO; AURELIA DELGADO ORTEGA; MIGUEL A. ROSARIO PEREZ; JOSE REYES MORALES; GIOVANI CANALES MORALES; OMAR NIEVES RIVERA; JACQUELINE MARRERO RIVERA; AYEISHA PEREZ MEDIAN; HENRIE MURIEL LOPEZ; MARIANA DELGADO; EBELISHA PEREZ; VILAMARIE PEREZ MEDINA; CARLOS SANCHEZ; VICTOR SUAREZ; DAYSHALY SANCHEZ, represented by Vilmarie Perez Medina; TATIANA COSME; JESUS PADILLA; LIDELISSE CRUZ; LUZ E. SANCHEZ; YOCELYNE RAMIREZ; FRANCISCA RODRIGUEZ; SHAQUILE RODRIGUEZ; NESTOR J. SANCHEZ; RAMON SUAREZ REYES; GLORIA REYES MAYSONET; JOSE HERNANDEZ SANTANA; JUAN RAMOS ORTIZ; LOURDES ORTIZ COMAS; CARLOS SERRANO TORRES; ROSA REYES; EDWIN ACEVEDO RODRIGUEZ; HARRY J. CLAUDIO COLON; EDDY SUAREZ TORRES; DEBORAH POLANCO; EDIEL SUAREZ; REYNALDO CRUZ NEGRON; MAGDALENA SANTIAGO; MAXIMO ACEVEDO CAMACHO; ANTONIO ROSARIO AGUAYO; LUZ RODRIGUEZ; JOSE LUIS CRUZ; HECTOR MARRERO

VAZQUEZ; MERCEDES VAZQUEZ; ANGEL MARRERO; MARIA ORTIZ CONCEPCION; JOEL MEDINA MALDONADO; JAVIER RIVERA SALGADO; YAHAIRA AQUINO; MARI MONTALVO MIRANDA; VILMARIE ACEVEDO; CARLOS DANIEL CRUZ; ANA AQUINO RODRIGUEZ; IRIS YOLANDA TORRES RIVERA; LUIS MACHADO MORALES; MARIA MEJIAS MARCANO; CARMEN LOPEZ GARCIA; DINELIA SUAREZ SANTOS; ZORAIDA ORTIZ GUZMAN; JUAN C. LOPEZ ORTIZ; WANDA LOPEZ; MARIA RIVERA; JOSE VILLANUEVA; RICARDO SERRANO TORRES; CARLOS GARCIA AYALA; JUAN ANTONIO ORTIZ; MIGUEL ERAZO; JEANNETTE M. GONZALEZ; EVELYN MUOZ; DANIEL GONZALEZ; LUCY GONZALEZ; MILTON MORALES; JULIO RIVAS MAYSONET; RAMON ANDINO; JUAN ORTIZ; MARIA VALENTIN; BENITO HERNANDEZ; NANCY SANTOS; JULIA OLIVO; EDGAR SANTOS; ISMAEL RIVERA; LIMARIS RIVERA; JUDITH ROBLES LOZADA; JOSE LUIS REYES; JOSE REYES, on his behalf and on behalf of his daughters; CARMEN ROBLES; JOSE MARCELINO HERNANDEZ; GASPER CRUZ GASCOT; GENARO RESTO PAGAN; CANDIDA ROSA HERNANDEZ; MARIA MARRERO RIVERA; LESLIE PAGAN; ILIANA RIVERA RODRIGUEZ; BARBARA NAVARRO SIERA; VICKY CRAZ WALLACE; ROBERTO DIAZ LOZADA; PEDRO SANTOS; ROSA MARIA ORTIZ LOZADA; MARIA DEL C RAMIREZ; DANIEL CRUZ PAGAN; NEISHMALY CASTRO DE JESUS; MARCO ANTONIO ROSADO GARCIA; SANDRA ROBLES RIOS; GLORIMAR MACHADO; VIVIAN TORRES; SAMUEL SANCHEZ; ANGEL L. CLAUDIO; ANTONIO ABREU; ANGEL FIGUEROA MERCED; VIRGINIA ORTIZ GOMEZ; ELIZA UMPIERRE FIGUEROA; ROSA FIGUEROA ORTIZ; JUAN MALDONADO BENITEZ; MILAGROS ORTIZ RIVERA; EDNA GONZALEZ NAZARIO; JUSTINO TORRES RODRIGUEZ; IRMA RIVERA-MELENDEZ, a/k/a Irma Rivera Melendez; CARLOS TORRES RIVERA; SONIA RODRIGUEZ SERRANO; FELICITA GUADALUPE SERRANO; EDWIN DELGADO SERRANO; ROSA I. SIERRA ROSARIO; MINERVA SIERRA DELGADO; OLGA RIVERA RIVERA; RAFAEL RIVERA RODRIGUEZ; VANESSA POLANCO ORTIZ; VILMARIS CANDELARIA; CONSUELO OTERO SALGADO; JUAN ORTIZ RODRIGUEZ; ISRAEL SANTOS OTERO; WANDA L. ROSARIO; ALBERT RAMOS RIVERA; FRANCISCO OLIVO LUGO; AIDA ORTIZ RIVERA; FRANCISCO RODRIGUEZ ROSARIO; TANIA OLIVO VELEZ; LUCINDA RODRIGUEZ; JOSE CRUZ RODRIGUEZ; CARMEN MARRERO TRAVIESO; RAFAELA RIVERA MARRERO; JOSE R. CARRERAS HUERTAS; MARIA CORDERO RODRIGUEZ; ILIANA VELEZ QUINONES; WILFREDO APONTE ORTIZ; HELEN NEGRON QUINONES; HECTOR HERNANDEZ HERNANDEZ; MORAIMA CORDOVA COLON; JESUS RIVAS CASTRO; MARGARITA VIERA ECHEVARIA; VANESSA VALCARCEL DIAZ; DANIEL HERNANDEZ-LOPEZ; DANIEL OJEDA OCASIO; CLARISSA REYES OJEDA; ADA L. MEDINA BAEZ; MILCA FORNES DODONOS; DELIA REYES TORRES; CYNTHIA SUAREZ CIACA; GERARDO VALLE; BRENDALIZ ROSA; GLORIA RIVERA VELEZ; KENETH RIVERA VELEZ; MICHAEL ANTHONY RIVERA; MICHAEL ANTHONY SANTIAGO RIVERA; GLORIANN SANTIAGO RIVERA; JESSICA ARROYO LOPEZ; YAHAIRA LOPEZ MUIZ; MARIELY ONNA CASTELLANO; JOSE CAJIGAS RODRIGUEZ; FRANCISCO REYES-FLORES; KATHERINE BUTTER FIGUEROA; NITZA TORRES PEREZ; WILLIAM LOPEZ ORTIZ; ANDRES PAGAN DAVILA; SONIA RAMIREZ ROMAN; NELSON RODRIGUEZ-PEREZ; ROBERTO ROBLES ROSARIO; LUZ GARCIA ROMAN; JOSE SOTO FIGUEROA; MARISOL ROBLES ROSARIO; SARAIL

SOTO ROBLES; CRUCITA VELAZQUEZ NIEVES; LEILA TORRES SANTIAGO; MARGARITA TORRES MATOS; ORLANDO REYES CRUZ; MIGDALIA ROMAN SOTO; RICARDO PEREZ-MARTINEZ; GLORIA RODRIGUEZ IRIZARRY; SANTOS SEVERINO MENA; MARIANO MALDONADO PAGAN; MARIO MALDONADO VAZQUEZ; RENE COLON COLON; RAFAEL CORREA ROSARIO; DAVIS SANTIAGO SANTIAGO; AXEL RODRIGUEZ SOTO; JORGE COREANO RIVERA; WILFREDO CALEDERON DEL VALLE; FRANCISCO FERMIN DISLA; LORENZO MARTINEZ GONZALEZ; AGUSTIN AYALA LOPEZ; RODOLFO RODRIGUEZ AGOSTO; WALDEMAR VAZQUEZ SIFONTE; ALBERTO ESTEVES VERGNE; JESUS HERNAIZ RIVERA; AGUSTIN BRACERO FELICIANO; ANGEL FIGUEROA MORALES; LEOPOLDO ROLDAN RIOS; ALEXIS LEBRON RIVERA; JUAN CRUZ PEREZ; JOSE DE LA ROSA VALLE; SAMMY DANDUH GARCIA; EZEQUIEL LOPEZ MARTINEZ; LUIS RIVERA NAZARIO; LUIS FRANCO MATEO; VIZENZO TROIA TORRES; JORGE RAMOS CANCIO; JUAN AGOSTO ROMAN; ALEJO ORTIZ CALDERON; CARLOS ZARAGOZA FERNANDEZ; JAIRO GONZALEZ SANTO; ESTEBAN GONZALEZ FLORES; JONATHAN RIVERA MONGE; CARLOS SALDANA GONZALEZ; HERIBERTO GARCIA PARRA; JORGE SANCHEZ RAMOS; LUIS CRUZ MARTINEZ; JOSE MEDINA SANCHEZ; GREGORY GARCIA URRUTIA; FRANCISCO CONCEPCION OQUENDO; LUIS ESTRELLA AGUIRRE; JAVIER PANTOJAS ORTIZ; LUIS GUZMAN MARRERO; JONATHAN PEREZ PARIS; RAFAEL AVILES MOLINA; JOSE OLMEDA MIRANDA; JOSUE NIEVES PADILLA; RAUL MORENO SOLER; ELLIOT DONES RAMOS; ISMAEL AGUEDA BAEZ; PEDRO LOPEZ MOJICA; HECTOR ADORNO VAZQUEZ; MIGUEL CORTES MALDONADO; JOSE TORRES COLON; DAMIAN MERCED RODRIGUEZ; JOSE FLORES ALAMO; ORLANDO PEREZ CUADRADO; ROBERTO ARGUELLE SERRANO; CARLOS COLON BONET; JOSE ROSA CALDERON; CARLOS LAUREANO ROSA; JOSE CRUZ FERRER; REY SIERRA FELICIANO; ANGEL MORENO VAZQUEZ; OSVALDO CRUZ CHAPARRO; WILFREDO BAEZ ACOSTA; HECTOR TORRES VEGA; JOSE TEXIDOR PEREZ; ELFREN RUIZ RAMOS; ANGEL TORRES VEGA; MARVIN HERNANDEZ MEDINA; JUAN CARLOS GIL CLAUDIO; JOSE VAZQUEZ ARROYO; STEVEN RUIZ ACEVEDO; ALFREDO NARVAEZ NEGRON; MARTIN VAZQUEZ VAZQUEZ; HECTOR MORALES ORTIZ; JUNILER RAMOS REYES; ERICK COLLAZO ACEVEDO; HECTOR DE JESUS; VICTOR SANCHEZ CASTILLO; LUIS BONILLA RIVERA; WILFREDO OLMO ESTRADA; JUAN CIRINO GONZALEZ; JORGE MARIN ROBLES; BENJAMIN FONTANEZ TORRES; JUAN FIGUEROA TRINIDAD; EDWIN RODRIGUEZ FLORES; MIGUEL RIVERA DELGADO; PEDRO RIOS; FRANCISCO MORALES CORDOVA; AMAURY FERRER MALDONADO; AGUSTIN MEDO TELLECHEA; MARIO RIVERA CORREA; MIGDALIA VALENTIN; JOSE A. MORALES ATALACIO; AMNERIS ROSA MERCADO; LUIS VARGAS; OLGA VARGAS; JOSE JAIME TORRADO; ELIZABETH OJEDA; ANTONIO NEGRON; NILDA NEGRON; ADA MEDINA BAEZ; JORGE PEDROZA ARCE; JUAN GIRAU COLON; DIANA CARABALLO HUERTAS; SAMUEL SANTOS RIVERA; JOSE JAIME TORRADO NEGRONI; TERESA GARRASTEGUI VAZQUEZ; LUIS VARGAS LEBRON; OLGA BERNIER SULLIVAN; LILLIAN VARGAS SULLIVAN, represented by Luis Vargas-Lebron; LUIS BARROSO, represented by Aurea Ayala-Ferrer; FRANCHESKA BARROSO, represented by Aurea Ayala-Ferrer; ROSEMARIE BARROSO, represented by Aurea Ayala-Ferrer; JOSE PAGAN-AMARO, represented by Blanca Amaro-Diaz; BLANCA

PAGAN-AMARO, represented by Blanca Amaro-Diaz; IRVIN VIDIEZ-NEGRON, represented by Janice Negron-Almeda; MIGDALIA MEDINA-HUERTAS; ISAAC ECKERT-RIVERA, represented by Maria M. Rivera-Ortiz; JOSHUA ECKERT-RIVERA, represented by Maria M. Rivera-Ortiz; NAOMI ECKERT, represented by Maria M. Rivera-Ortiz; JERRY CAMACHO-RAMOS, represented by Elizabeth Ramos-Gonzalez; JORGE N. SERRANO-AYALA, represented by Rosa I. Ayala-Ferrer; LUIS A. SERRANO-AYALA, represented by Rosa I. Ayala-Ferrer; JONATHAN SERRANO-AYALA, represented by Rosa I. Ayala-Ferrer; OSCAR MONCLOVA-RODRIGUEZ; ALEXIS SANTANA, represented by Rebecca Rodriguez; ARIANNA SENA, represented by Rebecca Rodriguez; FRANKIE SENA, represented by Rebecca Rodriguez; SOLAN FRANCIS SOLIS-MARERRO, represented by Esther Maria Lugo; RAUL E. PAGAN, represented by Maria A. Pagan-Alejandro; OSCAR TORRES; JULMARIE HUERTAS-AYALA, represented by Maritza Ayala-Reyes; EDWIN O. CARDONA-AYALA, represented by Maritza Ayala-Reyes; KIMBERLY ORTIZ-ROSARIO, represented by Damaris Alvarez-Lugo; ALEXANDRA REYES-OCASIO, represented by Nellie Ocasio-Mendoza; CESAR REYES-OCASIO, represented by Nellie Ocasio-Mendoza; ARYAM RIVERA-ROSA, represented by Yvelyn Rosa-Serrano; AVELYS M. RIVERA-ROSA, represented by Yvelyn Rosa-Serrano; XAMIRA Y. ROSA-BURGOS, represented by Hector J. Rosa-Serrano; JUAN R. ROSA-BURGOS, represented by Hector J. Rosa-Serrano; OSVALDO D. ROSA-FIGUEROA, represented by Hector J. Rosa-Serrano; JOSE R. MORALES-PEREZ, represented by Santos Perez-Matos; FELIX MORALES-LOPEZ, represented by Isabel Lopez-Lopez; JOHN A. GARCIA-CRUZ, represented by WIlma Vanessa Cruz-Ortiz; ALANIS V. RODRIGUEZ-CRUZ, represented by Wilma Vanessa Cruz-Ortiz; KAREN V. TORRES-GILE-DE-LA-MADRID, represented by Catherine Gil-De-La-Madrid; FABIAN ANDRES CLAUDIO-RIVERA, rpresented by Marilene Rivera-Bonilla; JOSE AGUIRRE-RIVERA, represented by Marilene Rivera-Bonilla; RAUL CARRION-CAMBRELEN, represented by Migdalia Cambrelen-Beltran; BRENDA LEE ALVAREZ-VIERA, represented by Maria Viera-Maldonado; SAMIL E. MORALES-RIVERA, represented by Suleyka Morales-Rivera; YAMIREE ALVAREZ-VIERA, represented by Maria Viera-Maldonado; CRISTINA QUILES-TORRES, represented by Milagros Torres-Figueroa; HECTOR QUILES-TORRES, represented by Milagros Torres-Figueroa; MIGUEL QUILES-TORRES, represented by Milagros Torres-Figueroa; YESIEL RODRIGUEZ-RIVAS, represented by Jessica Rivera-Ojeda; ANFERNY SANTIAGO-RIVAS, represented by Cynthia Rivas-Ojeda; ALEXANDRA CRUZ-SUAREZ, represented by Jorelys Suarez-Rivera; JESUS A. CRUZ-SUAREZ, represented by Jorelys Suarez-Rivera; HAIDI L. MENENDEZ-BONILLA, represented by Wilfredo Mendez-Santos; BRIAN ORTIZ-CABALLERO, represented by Glenda Caballero-Pendaz; NASHALIE ORTIZ-CABALLERO, represented by Glenda Caballero-Pendaz; SHARIETTE ORTIZ-CABALLERO, represented by Glenda Caballaro; WILFREDO RIOS-GONZALEZ, represented by Wilfredo Rios-Colon; ALEXANDRA SALA-COLON, represented by Alexandra Colon-Mercado; ANGELICA SALA-COLON, represented by Alexsandra Colon-Mercado; YELIAN SALA-COLON, represented by Alexsandra Colon-Mercado; CORALIS CABRERA-GUERRIDO, represented by Gloria Ojeda-Hernandez; CELIAHNE GONZALEZ-GUZMAN, represented by Elsa Guzman-Negron; HECTOR MARCIA-GINES, represented by Hector Marcial-Villegas; JAFED MARCIAL-GINES, represented by Hector Marcial-Villegas; KAREN MARCIAL-GINES, represented by Hector Marcial-Villegas; MIA MARTINEZ-RIOS, represented by Yireily Rios-Lugo; CHRISTIAN MONTANEZ-VILLANUEVA, represented by Ivette Villanueva-Jimenez;

CORALIS NEGRON-VILLANUEVA, represented by Ivette Villanueva-Jimenez; KEVIN PEREZ-RIOS, represented by Yireily Rios-Lugo; YADELYS PEREZ-ROSA, represented by Yireily Rios-Lugo; CARLA ROMAN-OJEDA, represented by Gloria Ojeda-Hernandez; RAFAEL J. ROSARIO, represented by Lissette De-Jesus-Rivera; PAOLA N. ROASIO-DE-JESUS, represented by Lissette De-Jesus-Rivera; DIEGO SANABRIA-BOBONIS, represented by David Sanabria-Rodriguez; LORRAINE SANABRIA-BOBONIS, represented by David Sanabria-Rodriguez; MARIELYS SANTOS, represented by Monica Rolon; ARIADNE TRINIDAD, represented by Monica Rolon; YAMIL BRIONI-BECERRIL, represented y Carmen Becerril-Rodriguez; ABRAHAM BENITEZ-BECERRIL, represented by Carmen Becerril-Rodriguez; GRACE CALEDERON-HUERTAS, represented by Carmen R. Huertas-Cintron; CHARLYN CINTRON, represented by Debora Lopez; HIRIANY CINTRON, represented by Debora Lopez; KEILIANYS CLAUDIO-REYES, represented by Glenda Reyes-Otero; SERGIO CUEVAS, represented by Yaqueline Rubel; EDWIN R. GARCIA-FELIX, represented by Edna Felix-Ortiz; NATALIA GARCIA-FELIX, represented by Edna Felix-Ortiz; NEYDIANA GARCIA-FELIX, represented by Edna Felix-Ortiz; ELIEZER MENDEZ, represented by Carmen Otero; PAOLA IVETTE ORTEGA, represented by Ada Santiago; KIARA ORTIZ, represented by Ada Santiago; ADRIAN PEREZ, represented by Yaqueline Rubel; RANDALL PEREZ, represented by Yaqueline Rubel; MARTHALIZ SANCHEZ-MATOS; YESHKA LOZADA-BERNARD, represented by Michael Lozada; WANDERELIS MORALES-FIGUEROA, represented by Wanda I. Figueroa-Rivera; WILNELLY MORALES-FIGUEROA, represented by Wanda I. Figueroa-Rivera; EDWIN D. PALMA-PAGAN ABIGAIL SANTIAGO-VARGAS, represented by Maria V. Vargas-Rosario; DAVID M. SANTIAGO-VARGAS, represented by Maria V. Vargas-Rosario; JESUS O'NEILL SANTIAGO-VARGAS, represented by Maria V. Vargas-Rosario; JONATHAN G. SANTIAGO-VARGAS, represented by Maria V. Vargas-Rosario; ANTHONY GUTIERREZ, represented by Michelle Gutierrez; BRIAN GUTIERREZ, represented by Michelle Gutierrez; JOHWIN LOZADA-BERNARD, represented by Michael Lozada; MICHAEL LOZADA-BERNARD, represented by Michael Lozada; ELLIOS MARRERO-AVILA, represented by Catherin M. Avila-Rojas; YURIELYS MARRERO-AVILA, represented by Catherin M. Avila-Rojas; BENJAMIN RIVERA-RODRIGUEZ, represented by Benjamin Rivera; CHRISTIAN O. RIVERA-RODRIGUEZ, represented by Benjamin Rivera; JULISSA RIVERA-RODRIGUEZ, represented by Benjamin Rivera; FRANCISCO E. SERRANO-ALBERTI, represented by Carmen Adria Alberti-Monroig; GIAN SERRANO-ALBERTI, represented by Carmen Adria Alberti-Monroig; JUNNARYS COLON-LOPEZ, represented by Katiria Lopez-Berrios; DEREK JOSE NEGRON-ORTIZ, represented by Darlene Ortiz-Adorno; SUSETTE PEREZ-AVILES, represented by Ruben Aviles-Rodriguez; DIEGO RIVERA-TORRES; JOYCE M. CANCEL-BAEZ, represented by Santos Cancel-Aldarondo; KEVIN HERNANDEZ-MARRERO, represented by Jackeline Marrero-Nieves; LUIS HERNANDEZ-MARRERO, represented by Jackeline Marrero-Nieves; NATASHA LABOY, represented by Ambar Paulino; ALFREDO LUIS RIVERA-SAINZ, represented by Enid Sainz-Santana; DINELYS RIVERA-SAINZ, represented by Enid Sainz-Santana; LUIS A. RIVERA-SAINZ, represented by Enid Sainz-Santana; ANGEL GABRIEL VELAZQUEZ, represented by Luz M. Garcia-Cruz; ARNALDI J. VELAZQUEZ, represented by Luz M. Garcia-Cruz; ANGEL L. BARBOSA-MARTINEZ, represented by Nilsa Rodriguez-Serrano; LUIS DAVID BARBOSA-MARTINEZ, represented by Nilsa Rodriguez-Serrano; KIARELIS FIGUEROA-BARBOSA, represented by Luz Celenia Barbosa-Rodriguez; FELIX PEREZ;

YOLINES VAZQUEZ-BARBOSA, represented by Luz Celenia Barbosa-Rodriguez; GLORIA GONZALEZ-MARTINEZ; KRYSTAL REYES, represented by Jose Reyes; PAOLA REYES, represented by Judith Robles-Lozada; ENRIQUE SANCHEZ-MULERO; JOE E. SEVERINO-RODRIGUEZ, represented by Gloria Rodriguez-Irizarry; RAMON E. SEVERINO-RODRIGUEZ, represented by Gloria Rodriguez-Irizarry; SAY J. SEVERINO-RODRIGUEZ, represented by Gloria Rodriguez-Irizarry; NICOLE RIVERA-SAINZ, represented by Enid Sainz-Santana; FELIX PEREZ-MELENDEZ, represented by Maria Melendez-Mendoza; PAULINA REYES, represented by Jose Reyes; LUIS ROJAS-RODRIGUEZ; NICOLAS DANIEL ROJAS-FIGUEROA; ROSANNIE FIGUEROA-HERNANDEZ; SUHAIL M. RODRIGUEZ-HUERTAS; SAMUEL J. RODRIGUEZ; KASSANDRA RODRIGUEZ; SERGIO D. RODRIGUEZ; ZULEIKA SANTIAGO; IRVIN SANTIAGO; GAMALIER SANTIAGO; JUAN B. SANTIAGO-VAZQUEZ; EDWIN CORTES-SANCHEZ; LILLIAM RETAMAR-ORIOL; FELIX DI CRISTINA-RIVERA; TOMASA ROSADO-CAMACHO; JUAN RAMOS-CLAUDIO; MARIA DE LOS ANGELES RAMOS-ROSADO; JUAN ALBERTO RAMOS-ROSADO; LUIS ROMERO-DIAZ; JOAN D. ALVAREZ-RIOS; PAOLA ROMERO-ALVAREZ; CARMELO MORALES-RODRIGUEZ; MILAGROS GONZALEZ-DE-JESUS; VICTOR O. DE-JESUS-GONZALEZ; LUZ PEREZ-RIVERA; JESUS SANTIAGO-JAIME; JOSE RAMON SANTIAGO-PEREZ; RHINA AGROMONTE-SAVINON; ARISTIDES PEREZ-PICHARDO; SAMUEL OCASIO-SERRANO; ADA N. ROSA-RAMIREZ; BRUCE OTERO-RAMOS; JUAN B. SANTIAGO-FUENTES; AIDA CALVENTE-ROSA; HECTOR TOORES-CALVENTE; CARMEN M. HUERTAS-SANTIAGO; JUAN R. REBOLLO-AYALA; ANA L. VEGA-RODRIGUEZ; FELIX VEGA-RODRIGUEZ; GLADYMIR ADORNO; SARA M. PEREZ-ADORNO; JORGE SANCHEZ-FERRER; GLORAILYS SANCHEZ-MUNOZ; YIOGNALIE SANCHEZ-MUNOZ; GIORELYS MUNOZ-ROSA; MIGUEL A. RODRIGUEZ-VERA; ROSA CRISTOBAL-OCASIO; JENNIFER RODRIGUEZ-ARCE; JENNIFER M. RODRIGUEZ; LAURA T. FELIX-GARCIA; SUAD EL-BURAI-FELIX; SHADI EL-BURAI-FELIX; ALAI EL-BURAI-FELIX; SAUSAN EL-BURAI-FELIX; ASSAD EL-BURAI-FELIX; MOHAMED EL-BURAI-EL-BURAI; MOHAMOUD EL-BURAI-FELIX; MEFHIVOCETH SANTIAGO-PUENTES; JOHANNA MARIN-FIGUEROA; VILMARIE GALARZA-MARIN; AYEISHA GALARZA-MARIN; ALEX RAFAEL JIMENEZ-AYUSO; EVELYN ATANACIO-MAYSONET; RONY ROSARIO-ATANACIO; MAYRA SANTANA; ANNIELY CORTI-SANTANA; ARIAM CORTI-SANTANA; IVONNE OTERO-FIGUEROA; DE JOEL FIGUEROA-OTERO; ARELYS FIGUEROA-OTERO; ORLANDO FIGUEROA-TRINIDAD; JAY FIGUEROA-OTERO; ROBERT BAEZ-ROBLES; ROBERT BAEZ-RETAMAR; VICTOR COLON-ROSADO; JACQUELINE COLON-BRUNET; BRUNILDA BRUNET-MACHADO; MARIA E. COLON-BRUNET; NICOLE RIVERA-COLON; CRUZ A. VELEZ-FIGUEROA; ELSA RODRIGUEZ-FONTANES; REINALDO RIOS-HEREDIA; RUTH TIRADO-TIRADO; REINALDO RIOS-TIRADO; FAUSTINO ALVAREZ-REYES; EVELYN RIOS-HEREDIA; JOSE GARCIA-MARRERO; MARIA RAMOS-MELENDEZ; CARMEN RIVERA-PAGAN; RAMON LOPEZ-TORRES; NOMAR LOPEZ-RIVERA; LUIS LOPEZ-RIVERA; MARIBEL RIVERA-MEDINA; SABINA MEDINA-CRUZ; WANDA FELICIANO-PADILLA; KEVIN MELENDEZ-FELICIANO; CRISTINA MELENDEZ-FELICIANO; VILMARIE COLON-ROBLES; NATHALEIE COLON-ROBLES; BLANCA ALVAREZ-SANABRIA; ALFONSO REYES-BATISTA; CARMEN LUZ GARCIA-DE-JESUS; MARIA DEL CARMEN FIGUEROA-NARVAEZ; DAVID SALABERRY-

FIGUEROA; JOHNATHAN SALABERRY-FIGUEROA; JUAN CARLOS RIVERA-RUIZ; MAGDALENA ANDUJAR; ARAMIS FERNANDEZ-ANDJUAR; MISAEL FERNANDEZ-ANDUJAR; CARMEN LAGUER-FRANCO; JESUS PEREZ-LAGUER; MARIA TERESA MELENDEZ-COLON; JULIAN SANTOS-SANTOS; JANNETTE RAMOS-ROSADO; FABIAN DAVILA-RAMOS; JOSE O. VAZQUEZ-QUILES; NEREIDA RIOS-RIOS; LUZ DIAZ-DELGADO; DARYS YUMET MELECIO-RODRIGUEZ; YERALIZ REYES-MELECIO; EFRAIN MORALES-ROBLES; ISAMICH RIVERA-RIVERA; KEVIN O. GORDON-RIVERA; RICKY GORDON-RIVERA; ZACHELY FERNANDEZ-RIVERA; FELIX MATOS-LOPEZ; MONICA OSORIO-COLON; EDWIN J. RIVERA-OSORIO; FELIX MATOS-OSORIO; ADA LOPEZ-RODRIGUEZ; RAYMOND TORRES; RAYMUNDO TORRES-MARTINEZ; NELIDA GARCIA-VEGA; KARLISRAEL GARCIA-DEVILA; FRANCISCO CORTES; DIANA GONZALEZ; MIRNA GOMEZ-POWER; MYLON E. VIGO-GOMEZ; ANATILDE POWER-SERRANO; PURA L. SERRANO-CARRILLO; PETRA SANCHEZ-SANTIAGO; MAGDALENA S. OLIVIERI-RAMOS; ALFREDO PEREZ-ENRIQUEZ; ALVAR RODRIGUEZ-DIAZ; DEYRA RODRIGUEZ-SAMO; ALBA MARI RODRIGUEZ-SAMO; MARIA ANTONIA SAMO-CALDERON; LUIS R. ARROYO-ORTIZ; ACHMER E. ARROYO-SANTOS; CARMEN T. SANTOS-MELENDEZ; YAFET A. ARROYO-SANTOS; MIGUEL A. BURROUGH-CUEVAS; FRANCISCO BURROUGH-FLORIAN; INDIRA BURROUGH-FLORIAN; ANA ARUZ-BARBOSA; LOURDES HERNANDEZ-MONTALVO; ABIGAIL ADORNO-HERNANDEZ; ANGLE ADORNO-DELGADO; OSVALDO ENCARNACION-FLORES; VICENTE SANTIAGO; SARAHY CABAN-MENDEZ; MARIANA CABAN-MENDEZ; FELIX CORTES-CHACON; ROXY A. CORTES-ALICEA; TAMMY E. ALICEA-ALVAREZ; JOSE A. BERNABE-RODRIGUEZ; NESH M. BERNABE-NIEVES; ALEISHA M. BERNABE-NIEVES; ESPERANZA NIEVES-SANCHEZ; OSCAR LUNA-LUNA; WALESKA LOPEZ-GONZALEZ; ANDREA PAOLA LUNA-LOPEZ; OSCAR A. LUNA-LOPEZ; FRANCISCO PAGAN-DOMENA; ANGEL VELAZQUEZ-BREA; ANGEL VELAZQUEZ-MIRANDA; DAVID VELAZQUEZ-BREA; BELKYS BREA-POLANCO; VIVIANA VELAZQUEZ-BREA; EUNICE ORTIZ-RAMIREZ; MILAGROS SOLIS-CORTES; MAX A. MALDONADO-SOLIS; RICARDO MALDONADO-SOLIS; JOSE A. SUAREZ-FUENTES; MAXIMILIANO SUAREZ-CLAUDIO; ANA M. SUAREZ-CLAUDIO; BETTY CLAUDIO-HUERTAS; PETRA OCASIO-BAEZ; DOMENICO GALUTZ; CONJUGAL PARTNERSHIP CRUZ-CINTRON; CONJUGAL PARTNERSHIP HERNANDEZ-VALENTIN; CONJUGAL PARTNERSHIP MARRERO-VAZQUEZ; CONJUGEL PARTNERSHIP CANCEL-BAEZ; CONJUGAL PARTNERSHIP COLLAZO-COLON; CONJUGAL PARTNERSHIP CRUZ-ACEVEDO; CONJUGAL PARTNERSHIP CRUZ-CASTRO; CONJUGAL PARTNERSHIP DELGADO-GUADALUPE; CONJUGAL PARTNERSHIP DIAZ-ALEJANDRO; CONJUGAL PARTNERSHIP DIAZ-CRUZ; CONJUGAL PARTNERSHIP ERAZO-GONZALEZ; CONJUGAL PARTNERSHIP GONZALEZ-MUNOZ; CONJUGAL PARTNERSHIP LABOY-PAULINO; CONJUGAL PARTNERSHIP MALDONADO-FIGUEROA; CONJUGAL PARTNERSHIP MORALES-VALENTIN; CONJUGAL PARTNERSHIP NEGRON-NEGRON; CONJUGAL PARTNERSHIP OLIVO-ORTIZ; CONJUGAL PARTNERSHIP ORTIZ-GONZALEZ; CONJUGAL PARTERNSHIP ORTIZ-OTERO; CONJUGAL PARTNERSHIP PADILLA-COSME; CONJUGAL PARTNERSHIP PEDROSA-MEDINA; CONJUGAL PARTNERSHIP REYES-ROBLES; CONJUGAL PARTNERSHIP RIVERA-CRUZ; CONJUGAL

PARTNERSHIP RIVERA-QUINONES; CONJUGAL PARTNERSHIP RIVERA-RIVERA; CONJUGAL PARTNERSHIP ROBLES-SANTOS; CONJUGAL PARTNERSHIP RODRIGUEZ-RIVERA; CONJUGAL PARTNERSHIP ROSADO-ROBLES; CONJUGAL PARTNERSHIP SANCHEZ-PEREZ; CONJUGAL PARTNERSHIP SANCHEZ-TORRES; CONJUGAL PARTNERSHIP SANTOS-OLIVO; CONJUGAL PARTNERSHIP SANTOS-ROSARIO; CONJUGAL PARTNERSHIP SEVERINO-RODRIGUEZ; CONJUGAL PARTNERSHIP SOTO-ROBLES; CONJUGAL PARTNERSHIP TORRES-RIVERA; CONJUGAL PARTNERSHIP VALLE-ROSA; CONJUGAL PARTNERSHIP VARGAS-BERNIER; CONJUGAL PARTNERSHIP VARGAS-VARGAS; CONJUGAL PARTNERSHIP VELAZQUEZ-GARCIA; CONJUGAL PARTNERSHIP VELEZ-VELEZ; ROSA DOMENECH-GUZMAN, on her behalf and on behalf of her children Kryzia Perez-Domenech and on behalf of her granddaughter Kiniann Berrios-Perez; KINIANN BERRIOS-PEREZ, represented by her grandmother Rosa Domenech-Guzman; KRYZIA PEREZ-DOMENECH, represented by her mother Rosa Domenech-Guzman; RAMON F. ALVARADO-ENCARNACION; DAIDREE ELAIN SOISA-ALAMO; EVA ALLENDE, on behalf of her children Christopher Perez-Allende and Valeria Nicole Perez-Allende; STELLA RIVERA-COSME, on her behalf and on behalf of her children Jeanilyz Marco-Rivera; JEANILYS MARCO-RIVERA, represented by her mother Stella Rivera-Cosme; RAMON ORTEGA-RAMOS; YAZMIN NEGRON-BERDECIA; IRIS SANTIAGO-QUILES; CHRISTOPHER PEREZ-ALLENDE; VALERIA NICOLE PEREZ-ALLENDE; NATIVIDAD RAMOS-MALDONADO; ORLANDO DAVILA-MELENDEZ; YERIEL DAVILA-COSME; RAMON ROBLES

Plaintiffs - Appellants

v.

LIBERTY MUTUAL INSURANCE COMPANY, f/k/a Liberty International Underwriters, Inc.

Defendant - Appellee

CARIBBEAN PETROLEUM REFINING, L. P.; INPECOS A. G.; FIRST OIL INTERNATIONAL; GAD ZEEVI; RAM ZEEVI; GTRIMG FOUNDATION; AMERICAN INTERNATIONAL GROUP, INC.; UPT UNITED PRODUCT TANKERS GMBH AND CO., KG; UPT UNITED PRODUCT TANKERS (AMERICAS) LLC; SCHOELLER HOLDINGS LTD; COLUMBIA SHIPMANAGEMENT LTD; COLUMBIA SHIPMANAGEMENT (DEUTSCHLAND) GMBH; CAPE BRUNY SHIPPING COMPANY LTD; CAPE BRUNY TANKSCHIFFAHRTS; STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LTD; TOTAL PETROLEUM PUERTO RICO CORPORATION; TOTAL, S. A.; BEST PETROLEUM CORP.; SHELL OIL COMPANY; WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a/k/a Ace Limited; ACE LIMITED; NAVIGATORS GROUP, INC.; CARIBBEAN PETROLEUM CORPORATION; CHEVRON CORPORATION; BRITISH-AMERICAN PETROLEUM INTERNATIONAL CORPORATION; BP PRODUCTS NORTH AMERICA, INC.; BRITISH-AMERICAN PETROLEUM CORPORATION; BRITISH-AMERICAN PETROLEUM, INC.; BRITISH-AMERICAN OIL PRODUCING COMPANY; MAPFRE PUERTO RICO; M/V CAPE BRUNY; ANTARES OIL; ASTRA OIL CO., INC.;

ASTRA OIL TRADING, NV; REPSOL PETROLEO SA SERVICES, INC.; RYTTSA, as agents of Repsol Petroleo, S. A. and Respsol YPF Group Businesses; KG; INTERTEK GROUP PLC; INTERTEK OIL CHEMICAL & AGRI DIVISION (CALEB BRETT); VITOL SA, INC.; CARIBBEAN PETROLEUM LIQUIDATION TRUST, Successor in interest to Caribbean Petroleum Corporation; FTI CONSULTING, INC., as Liquidation Trustee; ROYAL DUTCH SHELL PLC; CARIBBEAN OIL LP; CARIBBEAN PETROLEUM LP; GULF PETROLEUM PUERTO RICO CORPORATION; HARBOR FUEL SERVICE, INC., a/k/a Harbor Bunkering Corporation; CHARTIS INSURANCE COMPANY OF PUERTO RICO; CHARTIS II; BP NORTH AMERICA, INC.; UNKNOWN DEFENDANTS

Defendants

_____

**JUDGMENT**

Entered:  April 1, 2013
Pursuant to 1st Cir. R. 27.0(d)

By order entered *March 14, 2013*, appellants were directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction.  Appellants were warned that failure to respond by *March 28, 2013* would lead to dismissal for lack of diligent prosecution.

Appellants having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3.0(b).


By the Court:

/s/ Margaret Carter, Clerk


cc:   Kevin Michael Acevedo-Carlson
      Raul M. Arias-Marxuach
      Daniel E. Becnel Jr.
      Mark Blumstein
      Francisco G. Bruno-Rovira
      Peter J. Cambs
      Susan Charters
      Francisco E. Colon-Ramirez
      Jonathan K. Cooperman
      Ana Y. Correa
      William A. Escobar
      Louise A. Kelleher
      Eileen Landron-Guardiola
      David B. Lawton

Michael A. London
Richard Machado-Ortiz
F. Gerald Maples
Hector A. Marmol-Lantigua
Mariano A. Mier-Romeu
J. Wayne Mumphrey
John F. Nevares Padilla Sr.
Rafael A. Ojeda-Diez
Eric Perez-Ochoa
Maria Emilia Pico
Maurice V. Piza
Eric Quetglas-Jordan
Diego A. Ramos-Cayon
Oreste Ricardo Ramos-Pruetzel
Ariel I. Rivera-Torres
Eugenio C. Romero
Myrna L. Ruiz Olmo
Luis N. Saldana-Roman
Matthew S. Schoen
Anneke J. Shepard
Jaime Sifre Rodriguez
Carmen R. Toledo
Sara Lydia Velez-Santiago
Eduardo A. Vera-Ramirez
Nicholas E. Warywoda
Carlos Zelaya