# United States Court of Appeals
## For the First Circuit

No. 12-2308

MAGDALENA CARABALLO; ELIEZER CRUZ-APONTE; PETRA RAMOS AMARO; JOSE SUAREZ; NILDA ACEVEDO; CONJUGAL PARTNERSHIP SUAREZ-ACEVEDO; VINOS SELECCION, INC.; ORLANDO CORDOVA; ENRIQUE CRUZ-ANDINO; NANCY ORTEGA-COLON; JOSE R. ARIZMENDI-FANCESCHI; CARMEN MILAGROS DE JESUS; ANTONIO VARGAS; AIDA LUZ BERNABE-VARGAS; EVELYN CRUZ; YAHAIRA ORTIZ; CARLOS A. CABRERA; SUHAIL LLOPIZ-OTERO; JESUS HERNANDEZ-ALVAREZ; IDALIA VELAZQUEZ; JORGE ARTEAGA-ORTEGA; LOURDES BLOISE; MATHEW BELTRAN-BLOISE; LOURDES BERNABE-MARTINEZ; KAREN I. DIAZ-BERNABE; RAMON VARGAS-MARTINEZ; LUIS YAMIL GARCIA-GONZALEZ; GLENDA CAMACHO; PEDRO DE-LEON; ROBERTO CRESPO; DIANA CRESPO; JAVIER VILLANUEVA; SONIA VEGA; WILFREDO OCASIO; DANIELA OCASIO; VILMA GONZALEZ; LUIS AMARO; JUAN RIVERA-MELENDEZ; BETZAIDA DE JESUS-BATISTA; JORGE LUIS FERRER-PEREZ; JANE DE FERRER; RAFAEL CRUZ, d/b/a Garage Ralph; FRANCISCO BARROSO-AMEZQUITA; AUREA AYALA-FERRER, on her behalf and on behalf of her children; LILLIANA DIAZ-SANTANA; ANGEL RIVAS-BERRIOS; ARISTIDES RIVAS-BERRIOS; MIGUEL GONZALEZ-SANTAZNA; BLANCA AMARO-DIAZ, on her behalf and on behalf of her children; CARLOS PAGAN-PIZARRO; SILVESTRE QUINONES-MARTINEZ; JANICE NEGRON-ALMEDA, on her behalf and on behalf of her son; JOSE RODOLFO VIDIEZ-ISAIAS; MILAGROS RODRIGUEZ-CRUZ; ARNALDO RIVERA-HERNANDEZ; ROBERTO DE-JESUS-SIERRA; JANE CACERES-AYIR; IVAN CACERES-ORTIZ; MARIA M. RIVERA-ORTIZ, on her behalf and on behalf of her children; RICHARD ECKERT; JESUS HERNANDEZ-ROSARIO; ELIZABETH RAMOS-GONZALEZ, on her behalf and on behalf of her son; KATIA QUINONES-RAMOS; GENARO CAMACHO; ARIELO ORTIZ; RAFAEL VEGA-LUGO; MERCEDES CANO-RODRIGUEZ; JORGE SERRANO-SERRANO; ROSA I. AYALA-FERRER, on her behalf and on behalf of her children; NEFTALI AYALA-RODRIGUEZ; ALICIA FERRER-MARTINEZ; AIDA ALLENDE-CRUZ; RAFAEL ORTA-SERRANO; EFRAIN BARBOSA-ALLENDE; ANTONIA RODRIGUEZ-CLAUDIO; WILFREDO RIVERA-SUAREZ; FRANCISCO BARROSO-AYALA; MARILU MARTINEZ-OTERO; EDUARDO SANCHEZ; MIRIAM FLORES-DE-JESUS; RAFAEL GONZALEZ-ALVAREZ; ORLANDO MONCLOVA-DE-JESUS; MILAGROS RODRIGUEZ-SANCHEZ; MARIA LUISA ORTIZ-VAZQUEZ; MARIA M. LOPEZ; REBECCA RODRIGUEZ, on her behalf and on behalf of her children; MARIA V. MORALES-SANTIAGO; JOSE R. HERNANDEZ-MATEO; MIGUEL CUADRADO-MORALES; GLADYS COLON-BERRIOS, on her behalf and on behalf of her son; JONATHAN HERNANDEZ-COLON; NESTOR MALDONADO-GONZALEZ; MYRTA BORGES-MASA; MARIA L. ORTIZ-VAZQUEZ; ALICIA RODRIGUEZ-BELLO; OSCAR ORTIZ-MARRERO; RONALD HENDERSON-LOZADA; CLIFTON HENDERSON-LOZADA; DANIEL FLORES-LOPEZ; EDUMIL RUIZ-LORENZO; LURISA APONTE-GANDIA; ANGEL TORRES-MERCADO; RUTH SILVA-PEREZ; CONCEPCION MAISONET-GALARZA; CODELIVA GALARZA-RODRIGUEZ; ESTHER MARIA LUGO, on her behalf and on behalf of her child; MARIA A. PAGAN-ALEJANDRO, on her behalf and

on behalf of her son; MARIA ORTIZ-RODRIGUEZ; ROSA RODRIGUEZ-CABRERA; ROSELYN SAAVEDRA; MAGALI PEREZ-ROSARIO; RAUL RODRIGUEZ-DETRES; JOSE A. ROSADO-MALDONADO; URSA GARCIA-CEDO; MARITZA AYALA-REYES, on her behalf and on behalf of her children; DAMARIS ALVAREZ-LUGO, on her behalf and on behalf of child; RAFAEL CARRION-DIAZ; JESUS RIVAS-BERRIOS; LUIS ALBERTO OLMO-COTTO; EDWIN REYES-VERA; NELLIE OCASIO-MENDOZA, on her behalf and on behalf of her children; IVELYN ROSA-SERRANO, on her behalf and on behalf of her children; WILFREDO RIVERA-PEREZ; HECTOR J. ROSA-FIGUEROA; ROSA SERRANO-MORALES; MIRIVIANETTE MORALES; JOSE O. GARCIA-MARRERO; NEREIDA NIEVES-GONZALEZ; KARLA M. PAGAN-NIEVES; HECTOR J. ROSA-SERRANO, on his behalf and on behalf of his children; SANTOS PEREZ-MATOS, on his behalf and on behalf of his grandson; ISABEL LOPEZ-LOPEZ, on her behalf and on behalf of her son; WILMA VANESSA CRUZ-ORTIZ, on her behalf and on behalf of her children John A. Garcia-Cruz and Alanis V. Rodriguez-Cruz; CATHERINE GIL-DE-LA-MADRID-RUBIO, on her behalf and on behalf of her daughter; LYNETTE GIL-DE-LA-MADRID-RUBIO; NELSON TORRES-VEGA; MIGDALIA LUGO-SABLIER; CHRISTIAN BAEZ-LUGO; EDRICK BAEZ-LUGO; MARILENE RIVERA-BONILLA, on her behalf and on behalf of her children; JOSE LUIS DE JESUS-OLIVO; MARIO VEGA-HERNANDEZ; CARMEN REY-AULET; MARIA T. RIVERA-RODRIGUEZ; JOSE L. ROMAN-SERRANO; JOEL RIVERA-RIVERA; PEDRO CARRION-HUERTAS; MIGDALIA CAMBRELEM-BELTRAN, on her behalf and on behalf of her son; VILMA RIVERA-ROSARIO; DANIEL RIVERA-FUENTES; SULEYKA MORALES-RIVERA, on her behalf and on behalf of the child; RUBEN ORTIZ-SANTIAGO; ANTONIO ORTIZ-PEREZ; MARIA VIERA-MALDONADO, on her behalf and on behalf of the children; ANGEL ZONON-CEPEDA; JOAQUINA CEPEDA-CRUZ; DAMARIS PEREZ-CALDERON; RAFAEL OTERO-MALDONADO; ANTONIO FIGUEROA-RODRIGUEZ; ARCIDES ZAYAS-TORRES; BRUNILDA HERNANDEZ-SALGADO; NOEL ORTIZ-GONZALEZ; MILDRED HERNANDEZ-RODRIGUEZ; LUIS D. REYES-HERNANDEZ; DIANA NUEZ-CORRADA; MATOS LOPEZ JERONIMO; MILAGROS TORRES-FIGUEROA, on her behalf and on behalf of her children; LOURDES I. COLON-SOSA; JOSE L. GONZALEZ-RODRIGUEZ; RAUL RIVAS-BERRIOS; WANDA OJEDA-OCASIO; JESSICA RIVERA-OJEDA, on her behalf and on behalf of the child; CYNTHIA RIVAS-OJDEA, on her behalf and on behalf of the child also known as Rivas Ojeda Cynthia; WILFREDO MENDEZ-SANTOS, on his behalf and on behalf of his daughter; HAYDEE M. BONILLA RIVERA; JORELYS SUAREZ-RIVERA, on her behalf and on behalf of her children; ALEXANDER CRUZ-ROSARIO; BERNADETTE SURIEL-NUEZ; EUGENIO COTTO-QUIONES; GLENDA CABALLERO-PENDAZ, on her behalf and on behalf of her children; CANDIDA ORTIZ-COLON; WILFREDY RIVERA; AMADA LEBRON-MONTES; IVELISSE NARVAEZ-RODRIGUEZ; WILFREDO RIOS-COLON, on his behalf and on behalf of his son; ALEXSANDRA COLON-MERCADO, on her behalf and on behalf of her children; JOSE M. SALA-RIVERA; ANA I. CARCAMO-LOAIZA; ELSA GUZMAN-NEGRON, on her behalf and on behalf of her children; GLORIA OJEDA-HERNANDEZ, on her behalf and on behalf of the children; ROGELIO ROMAN-PEREZ; IVETTE VILLANUEVA-JIMENEZ, on her behalf and on behalf of her children; GLADYS JIMENEZ-MARENGO; MELVIN VILLANUEVA-JIMENEZ; HECTOR MARCIAL-VILLEGAS, on his behalf and on behalf of his children; JOAN M. COLON-ROSADO; RUBEN MEDINA-FONSECA; ANA DELIA JIMENEZ-MELENDEZ; GUILLERMO GUADALUPE-JIMINEZ;

ORLANDO GONZALEZ-VAZQUEZ; ANSELMO GONZALEZ-VAZQUEZ; ANGEL ORTIZ-SANTANA; JULIO MATOS-CAPIFALI; DAVID SANABRIA-RODRIGUEZ, on his behalf and on behalf of his children; LIZZETTE BOBONIS ROIG; YIREILY RIOS-LUGO, on her behalf and on behalf of her children; CHRISTIAN MARTINEZ; LISSETTE DE JESUS-RIVERA, on her behalf and on behalf of her children; RAFAEL A. ROSARIO-MELENDEZ; JOSE A. OTERO-SANTIAGO; MONICA ROLON, on her behalf and on behalf of the children; RAMON L. AVILA RODRIGUEZ; INES RODRIGUEZ MARTINEZ; MARIA DEL C AVILA RODRIGUEZ; CARMEN RIVERA RODRIGUEZ, on her behalf and on behalf of the child; MEYDARI ORTIZ, represented by Carmen Rivera-Rodriguez; OMAR MERCADO VAZQUEZ; LETICIA HUERTAS, on her behalf and on behalf of the children; KEVIN J. RODRIGUEZ, represented by Leticia Huertas; LUIS O. RODRIGUEZ, represented by Leticiai Huertas; DAMARIS HUERTAS; MARIA ORTIZ; ANA BARBARA VEGA; AIDA L. GONZALEZ; EDWIN ROLON; EDWIN I. ROLON GONZALEZ; RAMON RODRIGUEZ ROMERO; NORMA L. ROLON ROSADO; CANDIDO RODRIGUEZ ROLON; MARIA V. LOPEZ ROSARIO; FRANCISCO LOPEZ MULERO; JOSE MULERO LOPEZ; GENOVEVA SEGARRA MERCADO; KETTY FLORES ILARAZA; DANARILYS CORTES GONZALEZ; JOSE VARGAS; JOEL A. LOPEZ ROSARIO; KATHERINE ADORNO LOPEZ, on her and behalf and on behalf of the children; KEILIANY LOPEZ ADORNO; JOMET LOPEZ ADORNO, represented by Katherine Adorno Lopez; MANUEL GONZALEZ FLORES, on his behalf and on behalf of the child; MANUEL A. GONZALEZ POMALES, represented by Manuel Gonzalez-Flores; GLADYS MARTINEZ PEREZ; MYRNA L. NIEVES, on her behalf and on behalf of the child; LUIS J. OTERO NIEVES, represented by Myrna L. Nieves; CARMEN MONTALVO, on her behalf and on behalf of her child; FRANCISCO RODRIGUEZ, represented by Carmen Montalvo; XIOMARA M. ORTIZ, on her behalf and on behalf of her children; OMAR RODRIGUEZ ORTIZ, represented by Xiomara M. Ortiz; ALEXIS RODRIGUEZ ORTIZ; JESUS HUERTAS RODRIGUEZ; CARLOS A. CORCHADO MEDINA; EDWIN CORA NEGRON; MAYRA L. CORA NIEVES; ROSAURA RODRIGUEZ GUZMAN; DOLORES HUERTAS REYES; JACQUELINE MARRERO, on her behalf and on behalf of the children; LUIS HERNANDEZ MARRERO, represented by Jacqueline Marrero; KEVIN J. HERNANDEZ MARRERO, represented by Jacqueline Marrero; MARIA DELGADO ROMAN, on her behalf and on behalf of the children; JOHN A. FEBUS DELGADO, represented by Maria Delgado Roman; ALEJANDRO FEBUS DELGADO, represented by Maria Delgado Roman; LUISA ORTIZ CINTRON, on her behalf and on behalf of the child; JUAN M. RAMOS ORTIZ; SAMUEL ORTIZ RIVERA, on his behalf and on behalf of the child; SABEL ORTIZ-DIAZ, represented by Samuel Ortiz Rivera; NADYA AVILES ALICIEA, on her bealf and on behalf of the child; GERMAN J. VAZQUEZ, reprsented by Nadya M. Aviles Alicea; NASHA VAZQUEZ, represented by Nadya M. Aviles Alicea; NINOSHKA VAZQUEZ, represented by Nayda M. Aviles Alicea; GERMAN VAZQUEZ; ARELYS HUERTAS, on her behalf and on behalf of her child; GIOVANY ROSARIO, represented by Arelys Huertas; JAN G. ROSARIO, represented by Arelys Huertas; LUIS ROSARIO, represented by Arelys Huertas; ROSA ROSARIO, represented by Arelys Huertas; TATIANA BURGOS RODRIGUEZ, on her behalf and on behalf of the child; EDGAR J. BURGOS, represented by Tatiana Burgos-Rodriguez; MIGUEL A. COREANO RIVERA; OLGA M. HUERTAS; LUIS VAZQUEZ VILLAFAE; OLGA I. PABON BULLET, on her behalf and on behalf of the child; KIARA A. MARRERO PABON, represented by Olga I. Pabon Bullet; ABIMAEL MARRERO PABON, represented by Olga I. Pabon Bullet;

MARGARITA CINTRON NUNEZ, on her behalf and on behalf of her children; MARYORIE ORTIZ CINTRON, reoresented by Margarita Cintron Nunez; GLARYS ORTIZ CINTRON, represented by Margarita Cintron Nunez; LAURA COLON MARRERO, on her behalf and on behalf of the children; BRIAN J. GONZALEZ COLON; NATALY RIVERA COLON, represented by Laura Colon Marrero; VICTOR A. GARCIA COLON, represented by Laura Colon Marrero; CARMEN L. DE JESUS ORTIZ, on her behalf and on behalf of her children; DANIEL DE JESUS, represented by Carmen L. De Jesus Ortiz; ANGEL D. MATOS DE JESUS, represented by Carmen L. De Jesus Ortiz; MANUEL HUERTAS OCASIO; EDITH M. HUERTAS TORRES; SARA N. MARTINEZ-GONZALEZ; BRENDA E. GUZMAN MARTINEZ; SHEILA E. GUZMAN MARTINEZ; CARMEN BECERIL RODRIGUEZ, on her behalf and on behalf of her children; RAUL RIVERA DIAZ; CARMEN M. MARTINEZ; GLENDA REYES OTERO, on her behalf and on behalf of her child; ANIBAL J. ROJAS; DEBORA LOPEZ, on her behalf and on behalf of her children; NELIDA HUERTAS CANDELARIO; ZAIMARA ROSADO HUERTAS; EFRAINA COLLAZO; HECTOR M. HUERTAS CANDELARIO; CARMEN R. HUERTAS CINTRON, on her behalf and on behalf of her child; LEONCIO CALDERON RODRIGUEZ; ANTONIA RIVERA PAGAN; CRISOBAL LOPEZ AGOSTO; ADELAIDA TORRES-RIOS; FELIX VELEZ VARGAS; MARIA RIVERA ROSARIO; MARIA ORTIZ NIEVES; PABLO JESUS ORTEGA; ADA SANTIAGO, on behalf of her and on behalf of her children; CARMEN OTERO; JESSICA MENDEZ; EDNA FELIX ORTIZ, on her behalf and on behalf of her children; YAQUELINE RUBEL, on her behalf and on behalf of the children; WANDA I. FIGUEROA, on her behalf and on behalf of the children; CANDIDO MORALES ORITZ; ARLENE FOURNIER CAMACHO; LUIS LOPEZ ROMAN; RAFAELA SIERRA VEGA, on her behalf and on behalf of her child; MARIA VARGAS ROSARIO, on her behalf and on behalf of her children; ELIZABETH ROSARIO PEREZ; HERIBERTO VARGAS ROLON; MIGUEL QUINONES MONTANEZ; MICHAEL LOZADA, on his behalf and on behalf of the children; ANDRES ORTIZ; MICHELLE GUTIERREZ, on her behalf and on behalf of the children; CATHERINE M. AVILA ROJAS, on her behalf and on behalf of the children; BENJAMIN RIVERA, on his behalf and on behalf of the children; MARGARITA COLON COLON; CARMEN ADRIA ALBERI MONROIG, on her behalf and on behalf of the children; FRANCISCO A. SERRANO CORDERO; CANDIDA BARONIEL BACALIANI; BENMARIS CRUZ GOMEZ; JOSE SOTO ROCA; WANDA MONTES-RIVAS; JORGE GONZALEZ MARTINEZ; JORGE GONZALEZ-MONTES; JOSE ORTIZ-ALICEA; TAMARA ADORNO-FIGUEROA; RUBEN AVILES-RODRIGUEZ, on his behalf and on behalf of the child; DARLENE ORTIZ-ADORNO, on her behalf and on behalf of the child; MARTA D. SANCHEZ-BARBOSA; WILBERTO MARRERO-GONZALEZ; ISABEL CASTRO-RIVAS; HECTOR APONTE-MARTINEZ; NATIVIDAD RAMOS-MALDONADO; JOSE RAMON OJEDA; AWILDA FIGUEROA-MAYSONET; JANET FALCON; ESTHER ROBLES-CAMACHO; HECTOR BAEZ-ROBLES; DOMINGO BAEZ-ROBLES; PAUL BAEZ-ROBLES; MIGDALIA RODRIGUEZ-ALVAREZ; OSCAR MELECIO-MAYSONET; MARIA DIAZ-RIVERA; BELKYS N. QUILES DIAZ; SOFIA TORRES QUIONES, on her behalf and on behalf of the child; PETRA RAMOS AMARO; JOSE E. OTERO RIVERA; MAC MALDONADO; FERDINAND ORTIZ; RAMONA SANTOS-JIMENEZ; RAFAELA SANTOS-RIVERA; VERGENTINO ROBLES-MORALES; MARIBEL ROBLES-ROSARIO; KATIRIA LOPEZ-BERRIOS, on her behalf and on behalf of her daughter; LUZ M. MOLINA-ORTA; LIZBETH BAEZ RETAMAR; ENID SANTAZ SANTANA, on her behalf and on behalf of her children;

VIVIAN ADOBIA HERNANDEZ; LILLIANA ORTIZ SANTIAGO; SANTOS CANCEL ALDARONDO; GLORIA BAEZ-ROBLES; FARMACIAS LAS VEGAS; MATILDE RAMIREZ DIAZ; MELISSA PERELEZ LARACUENTE; MARINA MASTRO; MARILYN BAEZ-ROBLES; MARIANO MORALES GONZALEZ; CARMEN ROSA PABON SALGADO; LUZ M. GARCIA CRUZ; GABRIEL VELAZQUEZ SANCHEZ; ALFONSO RODRIGUEZ ORTIZ; DARIBER RIVERA CRUZ; LUZ DELIA CRUZ CONCEPCION; PABLO RIVERA ARCE; DAISYBELL CRUZ RODRIGUEZ; RAMON RIVERA GONZALEZ; AMBAR PAULINO; DAVID LABOY RIVERA; CARMEN J. NIEVES MENDOZA; JACKELINE MARRERO NIEVES, on her behalf and on behalf of her children; ENEIDA KUILAN ROSARIO; DANIRIS MARTINEZ FIGUEROA; CARIDAD LANDOR ROSADO; SOL RIVERA REYES; FELICITA PABON BULLOT; MARIA TERESA MERCADO PABON; JUAN RAMON MENDEZ CARDONA; CARMEN GLADYS SANCHEZ; GABRIELA REYES SANTIAGO; BARBARA COLON PEREZ; PABLO COLLAZO FIGUEROA; LUZ E. SANTANA CINTON; CARMEN ALEJANDRO; DOMINGO DIAZ TORRES; JENNY MELENDEZ-MENDOZA; MARIA MELENDEZ MENDOZA, on her behalf and on behalf of her son; JOHNNY MARRERO RIVERA; NILSA RODRIGUEZ SERRANO; LUZ CELENIA BARBOSA RODRIGUES, on her behalf and on behalf of her child; CORALINA OTERO RIVERA; ANA DAISY GONZALEZ; ANTONIO ORTIZ NOGUE; KEYLA ARIANIS ORTIZ; LILIVETTE ORTIZ GONZALEZ; ORLANDO NIEVES RIVERA; ANDRES MEDINA PABON; ANA CINTRON MIRANDA; RECHANI CRUZ CINTRON; SONYA CRUZ CINTRON; MARIBELLY PAGAN RIOS; MARIA RIOS ORTEGA; CARMEN RIOS ORTEGA; YAHAIRA PAGAN; ISABEL VELEZ PIZARRO; ANTONIO VELEZ CORDERO; JOELIANY CRUZ SUAREZ; JOELIER CRUZ CINTRON; DAVID DIAZ PAGAN; OMAR PAGAN RIOS; ANGEL ORTIZ; ENRIQUE RIVERA; ORLANDO NIEVES CINTRON; LUZ RIVERA ROSARIO; WANDA TORRES RODRIGUEZ; HIRAM CHOCLASE; TONY CHOCLASE; JOSE ROSADO MALDONADO; JULIO GONZALEZ COLON; PEDRO PEREZ NIEVES; ORLANDO ROBLES LOZADA; JOSE R. RIVERA MALDONADO; MONSELA QUINONES AMBERT; VIRGEN CARABALLO VAZQUEZ; MANOLIN MARTINEZ NEGRON; MIGUEL GOMEZ DELGADO; AURELIA DELGADO ORTEGA; MIGUEL A. ROSARIO PEREZ; JOSE REYES MORALES; GIOVANI CANALES MORALES; OMAR NIEVES RIVERA; JACQUELINE MARRERO RIVERA; AYEISHA PEREZ MEDIAN; HENRIE MURIEL LOPEZ; MARIANA DELGADO; EBELISHA PEREZ; VILAMARIE PEREZ MEDINA; CARLOS SANCHEZ; VICTOR SUAREZ; DAYSHALY SANCHEZ, represented by Vilmarie Perez Medina; TATIANA COSME; JESUS PADILLA; LIDELISSE CRUZ; LUZ E. SANCHEZ; YOCELYNE RAMIREZ; FRANCISCA RODRIGUEZ; SHAQUILE RODRIGUEZ; NESTOR J. SANCHEZ; RAMON SUAREZ REYES; GLORIA REYES MAYSONET; JOSE HERNANDEZ SANTANA; JUAN RAMOS ORTIZ; LOURDES ORTIZ COMAS; CARLOS SERRANO TORRES; ROSA REYES; EDWIN ACEVEDO RODRIGUEZ; HARRY J. CLAUDIO COLON; EDDY SUAREZ TORRES; DEBORAH POLANCO; EDIEL SUAREZ; REYNALDO CRUZ NEGRON; MAGDALENA SANTIAGO; MAXIMO ACEVEDO CAMACHO; ANTONIO ROSARIO AGUAYO; LUZ RODRIGUEZ; JOSE LUIS CRUZ; HECTOR MARRERO VAZQUEZ; MERCEDES VAZQUEZ; ANGEL MARRERO; MARIA ORTIZ CONCEPCION; JOEL MEDINA MALDONADO; JAVIER RIVERA SALGADO; YAHAIRA AQUINO; MARI MONTALVO MIRANDA; VILMARIE ACEVEDO; CARLOS DANIEL CRUZ; ANA AQUINO RODRIGUEZ; IRIS YOLANDA

TORRES RIVERA; LUIS MACHADO MORALES; MARIA MEJIAS MARCANO; CARMEN LOPEZ GARCIA; DINELIA SUAREZ SANTOS; ZORAIDA ORTIZ GUZMAN; JUAN C. LOPEZ ORTIZ; WANDA LOPEZ; MARIA RIVERA; JOSE VILLANUEVA; RICARDO SERRANO TORRES; CARLOS GARCIA AYALA; JUAN ANTONIO ORTIZ; MIGUEL ERAZO; JEANNETTE M. GONZALEZ; EVELYN MUOZ; DANIEL GONZALEZ; LUCY GONZALEZ; MILTON MORALES; JULIO RIVAS MAYSONET; RAMON ANDINO; JUAN ORTIZ; MARIA VALENTIN; BENITO HERNANDEZ; NANCY SANTOS; JULIA OLIVO; EDGAR SANTOS; ISMAEL RIVERA; LIMARIS RIVERA; JUDITH ROBLES LOZADA; JOSE LUIS REYES; JOSE REYES, on his behalf and on behalf of his daughters; CARMEN ROBLES; JOSE MARCELINO HERNANDEZ; GASPER CRUZ GASCOT; GENARO RESTO PAGAN; CANDIDA ROSA HERNANDEZ; MARIA MARRERO RIVERA; LESLIE PAGAN; ILIANA RIVERA RODRIGUEZ; BARBARA NAVARRO SIERA; VICKY CRAZ WALLACE; ROBERTO DIAZ LOZADA; PEDRO SANTOS; ROSA MARIA ORTIZ LOZADA; MARIA DEL C RAMIREZ; DANIEL CRUZ PAGAN; NEISHMALY CASTRO DE JESUS; MARCO ANTONIO ROSADO GARCIA; SANDRA ROBLES RIOS; GLORIMAR MACHADO; VIVIAN TORRES; SAMUEL SANCHEZ; ANGEL L. CLAUDIO; ANTONIO ABREU; ANGEL FIGUEROA MERCED; VIRGINIA ORTIZ GOMEZ; ELIZA UMPIERRE FIGUEROA; ROSA FIGUEROA ORTIZ; JUAN MALDONADO BENITEZ; MILAGROS ORTIZ RIVERA; EDNA GONZALEZ NAZARIO; JUSTINO TORRES RODRIGUEZ; IRMA RIVERA-MELENDEZ, a/k/a Irma Rivera Melendez; CARLOS TORRES RIVERA; SONIA RODRIGUEZ SERRANO; FELICITA GUADALUPE SERRANO; EDWIN DELGADO SERRANO; ROSA I. SIERRA ROSARIO; MINERVA SIERRA DELGADO; OLGA RIVERA RIVERA; RAFAEL RIVERA RODRIGUEZ; VANESSA POLANCO ORTIZ; VILMARIS CANDELARIA; CONSUELO OTERO SALGADO; JUAN ORTIZ RODRIGUEZ; ISRAEL SANTOS OTERO; WANDA L. ROSARIO; ALBERT RAMOS RIVERA; FRANCISCO OLIVO LUGO; AIDA ORTIZ RIVERA; FRANCISCO RODRIGUEZ ROSARIO; TANIA OLIVO VELEZ; LUCINDA RODRIGUEZ; JOSE CRUZ RODRIGUEZ; CARMEN MARRERO TRAVIESO; RAFAELA RIVERA MARRERO; JOSE R. CARRERAS HUERTAS; MARIA CORDERO RODRIGUEZ; ILIANA VELEZ QUINONES; WILFREDO APONTE ORTIZ; HELEN NEGRON QUINONES; HECTOR HERNANDEZ HERNANDEZ; MORAIMA CORDOVA COLON; JESUS RIVAS CASTRO; MARGARITA VIERA ECHEVARIA; VANESSA VALCARCEL DIAZ; DANIEL HERNANDEZ-LOPEZ; DANIEL OJEDA OCASIO; CLARISSA REYES OJEDA; ADA L. MEDINA BAEZ; MILCA FORNES DODONOS; DELIA REYES TORRES; CYNTHIA SUAREZ CIACA; GERARDO VALLE; BRENDALIZ ROSA; GLORIA RIVERA VELEZ; KENETH RIVERA VELEZ; MICHAEL ANTHONY RIVERA; MICHAEL ANTHONY SANTIAGO RIVERA; GLORIANN SANTIAGO RIVERA; JESSICA ARROYO LOPEZ; YAHAIRA LOPEZ MUIZ; MARIELY ONNA CASTELLANO; JOSE CAJIGAS RODRIGUEZ; FRANCISCO REYES-FLORES; KATHERINE BUTTER FIGUEROA; NITZA TORRES PEREZ; WILLIAM LOPEZ ORTIZ; ANDRES PAGAN DAVILA; SONIA RAMIREZ ROMAN; NELSON RODRIGUEZ-PEREZ; ROBERTO ROBLES ROSARIO; LUZ GARCIA ROMAN; JOSE SOTO FIGUEROA; MARISOL ROBLES ROSARIO; SARAIL SOTO ROBLES; CRUCITA VELAZQUEZ NIEVES; LEILA TORRES SANTIAGO; MARGARITA TORRES MATOS; ORLANDO REYES CRUZ; MIGDALIA ROMAN SOTO; RICARDO PEREZ-MARTINEZ; GLORIA RODRIGUEZ IRIZARRY; SANTOS SEVERINO MENA; MARIANO MALDONADO PAGAN; MARIO MALDONADO VAZQUEZ; RENE

COLON COLON; RAFAEL CORREA ROSARIO; DAVIS SANTIAGO SANTIAGO; AXEL RODRIGUEZ SOTO; JORGE COREANO RIVERA; WILFREDO CALEDERON DEL VALLE; FRANCISCO FERMIN DISLA; LORENZO MARTINEZ GONZALEZ; AGUSTIN AYALA LOPEZ; RODOLFO RODRIGUEZ AGOSTO; WALDEMAR VAZQUEZ SIFONTE; ALBERTO ESTEVES VERGNE; JESUS HERNAIZ RIVERA; AGUSTIN BRACERO FELICIANO; ANGEL FIGUEROA MORALES; LEOPOLDO ROLDAN RIOS; ALEXIS LEBRON RIVERA; JUAN CRUZ PEREZ; JOSE DE LA ROSA VALLE; SAMMY DANDUH GARCIA; EZEQUIEL LOPEZ MARTINEZ; LUIS RIVERA NAZARIO; LUIS FRANCO MATEO; VIZENZO TROIA TORRES; JORGE RAMOS CANCIO; JUAN AGOSTO ROMAN; ALEJO ORTIZ CALDERON; CARLOS ZARAGOZA FERNANDEZ; JAIRO GONZALEZ SANTO; ESTEBAN GONZALEZ FLORES; JONATHAN RIVERA MONGE; CARLOS SALDANA GONZALEZ; HERIBERTO GARCIA PARRA; JORGE SANCHEZ RAMOS; LUIS CRUZ MARTINEZ; JOSE MEDINA SANCHEZ; GREGORY GARCIA URRUTIA; FRANCISCO CONCEPCION OQUENDO; LUIS ESTRELLA AGUIRRE; JAVIER PANTOJAS ORTIZ; LUIS GUZMAN MARRERO; JONATHAN PEREZ PARIS; RAFAEL AVILES MOLINA; JOSE OLMEDA MIRANDA; JOSUE NIEVES PADILLA; RAUL MORENO SOLER; ELLIOT DONES RAMOS; ISMAEL AGUEDA BAEZ; PEDRO LOPEZ MOJICA; HECTOR ADORNO VAZQUEZ; MIGUEL CORTES MALDONADO; JOSE TORRES COLON; DAMIAN MERCED RODRIGUEZ; JOSE FLORES ALAMO; ORLANDO PEREZ CUADRADO; ROBERTO ARGUELLE SERRANO; CARLOS COLON BONET; JOSE ROSA CALDERON; CARLOS LAUREANO ROSA; JOSE CRUZ FERRER; REY SIERRA FELICIANO; ANGEL MORENO VAZQUEZ; OSVALDO CRUZ CHAPARRO; WILFREDO BAEZ ACOSTA; HECTOR TORRES VEGA; JOSE TEXIDOR PEREZ; ELFREN RUIZ RAMOS; ANGEL TORRES VEGA; MARVIN HERNANDEZ MEDINA; JUAN CARLOS GIL CLAUDIO; JOSE VAZQUEZ ARROYO; STEVEN RUIZ ACEVEDO; ALFREDO NARVAEZ NEGRON; MARTIN VAZQUEZ VAZQUEZ; HECTOR MORALES ORTIZ; JUNILER RAMOS REYES; ERICK COLLAZO ACEVEDO; HECTOR DE JESUS; VICTOR SANCHEZ CASTILLO; LUIS BONILLA RIVERA; WILFREDO OLMO ESTRADA; JUAN CIRINO GONZALEZ; JORGE MARIN ROBLES; BENJAMIN FONTANEZ TORRES; JUAN FIGUEROA TRINIDAD; EDWIN RODRIGUEZ FLORES; MIGUEL RIVERA DELGADO; PEDRO RIOS; FRANCISCO MORALES CORDOVA; AMAURY FERRER MALDONADO; AGUSTIN MEDO TELLECHEA; MARIO RIVERA CORREA; MIGDALIA VALENTIN; JOSE A. MORALES ATALACIO; AMNERIS ROSA MERCADO; LUIS VARGAS; OLGA VARGAS; JOSE JAIME TORRADO; ELIZABETH OJEDA; ANTONIO NEGRON; NILDA NEGRON; ADA MEDINA BAEZ; JORGE PEDROZA ARCE; JUAN GIRAU COLON; DIANA CARABALLO HUERTAS; SAMUEL SANTOS RIVERA; JOSE JAIME TORRADO NEGRONI; TERESA GARRASTEGUI VAZQUEZ; LUIS VARGAS LEBRON; OLGA BERNIER SULLIVAN; LILLIAN VARGAS SULLIVAN, represented by Luis Vargas-Lebron; LUIS BARROSO, represented by Aurea Ayala-Ferrer; FRANCHESKA BARROSO, represented by Aurea Ayala-Ferrer; ROSEMARIE BARROSO, represented by Aurea Ayala-Ferrer; JOSE PAGAN-AMARO, represented by Blanca Amaro-Diaz; BLANCA PAGAN-AMARO, represented by Blanca Amaro-Diaz; IRVIN VIDIEZ-NEGRON, represented by Janice Negron-Almeda; MIGDALIA MEDINA-HUERTAS; ISAAC ECKERT-RIVERA, represented by Maria M. Rivera-Ortiz; JOSHUA ECKERT-RIVERA, represented by Maria M. Rivera-Ortiz; NAOMI ECKERT, represented by Maria M. Rivera-Ortiz; JERRY CAMACHO-RAMOS, represented by Elizabeth Ramos-Gonzalez;

JORGE N. SERRANO-AYALA, represented by Rosa I. Ayala-Ferrer; LUIS A. SERRANO-AYALA, represented by Rosa I. Ayala-Ferrer; JONATHAN SERRANO-AYALA, represented by Rosa I. Ayala-Ferrer; OSCAR MONCLOVA-RODRIGUEZ; ALEXIS SANTANA, represented by Rebecca Rodriguez; ARIANNA SENA, represented by Rebecca Rodriguez; FRANKIE SENA, represented by Rebecca Rodriguez; SOLAN FRANCIS SOLIS-MARERRO, represented by Esther Maria Lugo; RAUL E. PAGAN, represented by Maria A. Pagan-Alejandro; OSCAR TORRES; JULMARIE HUERTAS-AYALA, represented by Maritza Ayala-Reyes; EDWIN O. CARDONA-AYALA, represented by Maritza Ayala-Reyes; KIMBERLY ORTIZ-ROSARIO, represented by Damaris Alvarez-Lugo; ALEXANDRA REYES-OCASIO, represented by Nellie Ocasio-Mendoza; CESAR REYES-OCASIO, represented by Nellie Ocasio-Mendoza; ARYAM RIVERA-ROSA, represented by Yvelyn Rosa-Serrano; AVELYS M. RIVERA-ROSA, represented by Yvelyn Rosa-Serrano; XAMIRA Y. ROSA-BURGOS, represented by Hector J. Rosa-Serrano; JUAN R. ROSA-BURGOS, represented by Hector J. Rosa-Serrano; OSVALDO D. ROSA-FIGUEROA, represented by Hector J. Rosa-Serrano; JOSE R. MORALES-PEREZ, represented by Santos Perez-Matos; FELIX MORALES-LOPEZ, represented by Isabel Lopez-Lopez; JOHN A. GARCIA-CRUZ, represented by WIlma Vanessa Cruz-Ortiz; ALANIS V. RODRIGUEZ-CRUZ, represented by Wilma Vanessa Cruz-Ortiz; KAREN V. TORRES-GILE-DE-LA-MADRID, represented by Catherine Gil-De-La-Madrid; FABIAN ANDRES CLAUDIO-RIVERA, rpresented by Marilene Rivera-Bonilla; JOSE AGUIRRE-RIVERA, represented by Marilene Rivera-Bonilla; RAUL CARRION-CAMBRELEN, represented by Migdalia Cambrelen-Beltran; BRENDA LEE ALVAREZ-VIERA, represented by Maria Viera-Maldonado; SAMIL E. MORALES-RIVERA, represented by Suleyka Morales-Rivera; YAMIREE ALVAREZ-VIERA, represented by Maria Viera-Maldonado; CRISTINA QUILES-TORRES, represented by Milagros Torres-Figueroa; HECTOR QUILES-TORRES, represented by Milagros Torres-Figueroa; MIGUEL QUILES-TORRES, represented by Milagros Torres-Figueroa; YESIEL RODRIGUEZ-RIVAS, represented by Jessica Rivera-Ojeda; ANFERNY SANTIAGO-RIVAS, represented by Cynthia Rivas-Ojeda; ALEXANDRA CRUZ-SUAREZ, represented by Jorelys Suarez-Rivera; JESUS A. CRUZ-SUAREZ, represented by Jorelys Suarez-Rivera; HAIDI L. MENENDEZ-BONILLA, represented by Wilfredo Mendez-Santos; BRIAN ORTIZ-CABALLERO, represented by Glenda Caballero-Pendaz; NASHALIE ORTIZ-CABALLERO, represented by Glenda Caballero-Pendaz; SHARIETTE ORTIZ-CABALLERO, represented by Glenda Caballaro; WILFREDO RIOS-GONZALEZ, represented by Wilfredo Rios-Colon; ALEXANDRA SALA-COLON, represented by Alexandra Colon-Mercado; ANGELICA SALA-COLON, represented by Alexsandra Colon-Mercado; YELIAN SALA-COLON, represented by Alexsandra Colon-Mercado; CORALIS CABRERA-GUERRIDO, represented by Gloria Ojeda-Hernandez; CELIAHNE GONZALEZ-GUZMAN, represented by Elsa Guzman-Negron; HECTOR MARCIA-GINES, represented by Hector Marcial-Villegas; JAFED MARCIAL-GINES, represented by Hector Marcial-Villegas; KAREN MARCIAL-GINES, represented by Hector Marcial-Villegas; MIA MARTINEZ-RIOS, represented by Yireily Rios-Lugo; CHRISTIAN MONTANEZ-VILLANUEVA, represented by Ivette Villanueva-Jimenez; CORALIS NEGRON-VILLANUEVA, represented by Ivette Villanueva-Jimenez; KEVIN PEREZ-RIOS, represented by Yireily Rios-Lugo; YADELYS PEREZ-ROSA, represented by Yireily Rios-Lugo; CARLA ROMAN-OJEDA, represented by Gloria Ojeda-Hernandez; RAFAEL J. ROSARIO, represented by Lissette De-Jesus-Rivera; PAOLA N. ROASIO-DE-JESUS, represented by Lissette De-Jesus-Rivera; DIEGO SANABRIA-BOBONIS, represented by

David Sanabria-Rodriguez; LORRAINE SANABRIA-BOBONIS, represented by David Sanabria-Rodriguez; MARIELYS SANTOS, represented by Monica Rolon; ARIADNE TRINIDAD, represented by Monica Rolon; YAMIL BRIONI-BECERRIL, represented y Carmen Becerril-Rodriguez; ABRAHAM BENITEZ-BECERRIL, represented by Carmen Becerril-Rodriguez; GRACE CALEDERON-HUERTAS, represented by Carmen R. Huertas-Cintron; CHARLYN CINTRON, represented by Debora Lopez; HIRIANY CINTRON, represented by Debora Lopez; KEILIANYS CLAUDIO-REYES, represented by Glenda Reyes-Otero; SERGIO CUEVAS, represented by Yaqueline Rubel; EDWIN R. GARCIA-FELIX, represented by Edna Felix-Ortiz; NATALIA GARCIA-FELIX, represented by Edna Felix-Ortiz; NEYDIANA GARCIA-FELIX, represented by Edna Felix-Ortiz; ELIEZER MENDEZ, represented by Carmen Otero; PAOLA IVETTE ORTEGA, represented by Ada Santiago; KIARA ORTIZ, represented by Ada Santiago; ADRIAN PEREZ, represented by Yaqueline Rubel; RANDALL PEREZ, represented by Yaqueline Rubel; MARTHALIZ SANCHEZ-MATOS; YESHKA LOZADA-BERNARD, represented by Michael Lozada; WANDERELIS MORALES-FIGUEROA, represented by Wanda I. Figueroa-Rivera; WILNELLY MORALES-FIGUEROA, represented by Wanda I. Figueroa-Rivera; EDWIN D. PALMA-PAGAN ABIGAIL SANTIAGO-VARGAS, represented by Maria V. Vargas-Rosario; DAVID M. SANTIAGO-VARGAS, represented by Maria V. Vargas-Rosario; JESUS O'NEILL SANTIAGO-VARGAS, represented by Maria V. Vargas-Rosario; JONATHAN G. SANTIAGO-VARGAS, represented by Maria V. Vargas-Rosario; ANTHONY GUTIERREZ, represented by Michelle Gutierrez; BRIAN GUTIERREZ, represented by Michelle Gutierrez; JOHWIN LOZADA-BERNARD, represented by Michael Lozada; MICHAEL LOZADA-BERNARD, represented by Michael Lozada; ELLIOS MARRERO-AVILA, represented by Catherin M. Avila-Rojas; YURIELYS MARRERO-AVILA, represented by Catherin M. Avila-Rojas; BENJAMIN RIVERA-RODRIGUEZ, represented by Benjamin Rivera; CHRISTIAN O. RIVERA-RODRIGUEZ, represented by Benjamin Rivera; JULISSA RIVERA-RODRIGUEZ, represented by Benjamin Rivera; FRANCISCO E. SERRANO-ALBERTI, represented by Carmen Adria Alberti-Monroig; GIAN SERRANO-ALBERTI, represented by Carmen Adria Alberti-Monroig; JUNNARYS COLON-LOPEZ, represented by Katiria Lopez-Berrios; DEREK JOSE NEGRON-ORTIZ, represented by Darlene Ortiz-Adorno; SUSETTE PEREZ-AVILES, represented by Ruben Aviles-Rodriguez; DIEGO RIVERA-TORRES; JOYCE M. CANCEL-BAEZ, represented by Santos Cancel-Aldarondo; KEVIN HERNANDEZ-MARRERO, represented by Jackeline Marrero-Nieves; LUIS HERNANDEZ-MARRERO, represented by Jackeline Marrero-Nieves; NATASHA LABOY, represented by Ambar Paulino; ALFREDO LUIS RIVERA-SAINZ, represented by Enid Sainz-Santana; DINELYS RIVERA-SAINZ, represented by Enid Sainz-Santana; LUIS A. RIVERA-SAINZ, represented by Enid Sainz-Santana; ANGEL GABRIEL VELAZQUEZ, represented by Luz M. Garcia-Cruz; ARNALDI J. VELAZQUEZ, represented by Luz M. Garcia-Cruz; ANGEL L. BARBOSA-MARTINEZ, represented by Nilsa Rodriguez-Serrano; LUIS DAVID BARBOSA-MARTINEZ, represented by Nilsa Rodriguez-Serrano; KIARELIS FIGUEROA-BARBOSA, represented by Luz Celenia Barbosa-Rodriguez; FELIX PEREZ; YOLINES VAZQUEZ-BARBOSA, represented by Luz Celenia Barbosa-Rodriguez; GLORIA GONZALEZ-MARTINEZ; KRYSTAL REYES, represented by Jose Reyes; PAOLA REYES, represented by Judith Robles-Lozada; ENRIQUE SANCHEZ-MULERO; JOE E. SEVERINO-RODRIGUEZ, represented by Gloria Rodriguez-Irizarry; RAMON E. SEVERINO-RODRIGUEZ, represented by Gloria Rodriguez-Irizarry; SAY J. SEVERINO-RODRIGUEZ, represented by Gloria Rodriguez-

Irizarry; NICOLE RIVERA-SAINZ, represented by Enid Sainz-Santana; FELIX PEREZ-MELENDEZ, represented by Maria Melendez-Mendoza; PAULINA REYES, represented by Jose Reyes; LUIS ROJAS-RODRIGUEZ; NICOLAS DANIEL ROJAS-FIGUEROA; ROSANNIE FIGUEROA-HERNANDEZ; SUHAIL M. RODRIGUEZ-HUERTAS; SAMUEL J. RODRIGUEZ; KASSANDRA RODRIGUEZ; SERGIO D. RODRIGUEZ; ZULEIKA SANTIAGO; IRVIN SANTIAGO; GAMALIER SANTIAGO; JUAN B. SANTIAGO-VAZQUEZ; EDWIN CORTES-SANCHEZ; LILLIAM RETAMAR-ORIOL; FELIX DI CRISTINA-RIVERA; TOMASA ROSADO-CAMACHO; JUAN RAMOS-CLAUDIO; MARIA DE LOS ANGELES RAMOS-ROSADO; JUAN ALBERTO RAMOS-ROSADO; LUIS ROMERO-DIAZ; JOAN D. ALVAREZ-RIOS; PAOLA ROMERO-ALVAREZ; CARMELO MORALES-RODRIGUEZ; MILAGROS GONZALEZ-DE-JESUS; VICTOR O. DE-JESUS-GONZALEZ; LUZ PEREZ-RIVERA; JESUS SANTIAGO-JAIME; JOSE RAMON SANTIAGO-PEREZ; RHINA AGROMONTE-SAVINON; ARISTIDES PEREZ-PICHARDO; SAMUEL OCASIO-SERRANO; ADA N. ROSA-RAMIREZ; BRUCE OTERO-RAMOS; JUAN B. SANTIAGO-FUENTES; AIDA CALVENTE-ROSA; HECTOR TOORES-CALVENTE; CARMEN M. HUERTAS-SANTIAGO; JUAN R. REBOLLO-AYALA; ANA L. VEGA-RODRIGUEZ; FELIX VEGA-RODRIGUEZ; GLADYMIR ADORNO; SARA M. PEREZ-ADORNO; JORGE SANCHEZ-FERRER; GLORAILYS SANCHEZ-MUNOZ; YIOGNALIE SANCHEZ-MUNOZ; GIORELYS MUNOZ-ROSA; MIGUEL A. RODRIGUEZ-VERA; ROSA CRISTOBAL-OCASIO; JENNIFER RODRIGUEZ-ARCE; JENNIFER M. RODRIGUEZ; LAURA T. FELIX-GARCIA; SUAD EL-BURAI-FELIX; SHADI EL-BURAI-FELIX; ALAI EL-BURAI-FELIX; SAUSAN EL-BURAI-FELIX; ASSAD EL-BURAI-FELIX; MOHAMED EL-BURAI-EL-BURAI; MOHAMOUD EL-BURAI-FELIX; MEFHIVOCETH SANTIAGO-PUENTES; JOHANNA MARIN-FIGUEROA; VILMARIE GALARZA-MARIN; AYEISHA GALARZA-MARIN; ALEX RAFAEL JIMENEZ-AYUSO; EVELYN ATANACIO-MAYSONET; RONY ROSARIO-ATANACIO; MAYRA SANTANA; ANNIELY CORTI-SANTANA; ARIAM CORTI-SANTANA; IVONNE OTERO-FIGUEROA; DE JOEL FIGUEROA-OTERO; ARELYS FIGUEROA-OTERO; ORLANDO FIGUEROA-TRINIDAD; JAY FIGUEROA-OTERO; ROBERT BAEZ-ROBLES; ROBERT BAEZ-RETAMAR; VICTOR COLON-ROSADO; JACQUELINE COLON-BRUNET; BRUNILDA BRUNET-MACHADO; MARIA E. COLON-BRUNET; NICOLE RIVERA-COLON; CRUZ A. VELEZ-FIGUEROA; ELSA RODRIGUEZ-FONTANES; REINALDO RIOS-HEREDIA; RUTH TIRADO-TIRADO; REINALDO RIOS-TIRADO; FAUSTINO ALVAREZ-REYES; EVELYN RIOS-HEREDIA; JOSE GARCIA-MARRERO; MARIA RAMOS-MELENDEZ; CARMEN RIVERA-PAGAN; RAMON LOPEZ-TORRES; NOMAR LOPEZ-RIVERA; LUIS LOPEZ-RIVERA; MARIBEL RIVERA-MEDINA; SABINA MEDINA-CRUZ; WANDA FELICIANO-PADILLA; KEVIN MELENDEZ-FELICIANO; CRISTINA MELENDEZ-FELICIANO; VILMARIE COLON-ROBLES; NATHALEIE COLON-ROBLES; BLANCA ALVAREZ-SANABRIA; ALFONSO REYES-BATISTA; CARMEN LUZ GARCIA-DE-JESUS; MARIA DEL CARMEN FIGUEROA-NARVAEZ; DAVID SALABERRY-FIGUEROA; JOHNATHAN SALABERRY-FIGUEROA; JUAN CARLOS RIVERA-RUIZ; MAGDALENA ANDUJAR; ARAMIS FERNANDEZ-ANDJUAR; MISAEL FERNANDEZ-ANDUJAR; CARMEN LAGUER-FRANCO; JESUS PEREZ-LAGUER; MARIA TERESA MELENDEZ-COLON; JULIAN SANTOS-SANTOS; JANNETTE RAMOS-ROSADO; FABIAN DAVILA-RAMOS; JOSE O. VAZQUEZ-QUILES; NEREIDA RIOS-RIOS; LUZ DIAZ-DELGADO; DARYS YUMET MELECIO-RODRIGUEZ; YERALIZ REYES-

MELECIO; EFRAIN MORALES-ROBLES; ISAMICH RIVERA-RIVERA; KEVIN O. GORDON-RIVERA; RICKY GORDON-RIVERA; ZACHELY FERNANDEZ-RIVERA; FELIX MATOS-LOPEZ; MONICA OSORIO-COLON; EDWIN J. RIVERA-OSORIO; FELIX MATOS-OSORIO; ADA LOPEZ-RODRIGUEZ; RAYMOND TORRES; RAYMUNDO TORRES-MARTINEZ; NELIDA GARCIA-VEGA; KARLISRAEL GARCIA-DEVILA; FRANCISCO CORTES; DIANA GONZALEZ; MIRNA GOMEZ-POWER; MYLON E. VIGO-GOMEZ; ANATILDE POWER-SERRANO; PURA L. SERRANO-CARRILLO; PETRA SANCHEZ-SANTIAGO; MAGDALENA S. OLIVIERI-RAMOS; ALFREDO PEREZ-ENRIQUEZ; ALVAR RODRIGUEZ-DIAZ; DEYRA RODRIGUEZ-SAMO; ALBA MARI RODRIGUEZ-SAMO; MARIA ANTONIA SAMO-CALDERON; LUIS R. ARROYO-ORTIZ; ACHMER E. ARROYO-SANTOS; CARMEN T. SANTOS-MELENDEZ; YAFET A. ARROYO-SANTOS; MIGUEL A. BURROUGH-CUEVAS; FRANCISCO BURROUGH-FLORIAN; INDIRA BURROUGH-FLORIAN; ANA ARUZ-BARBOSA; LOURDES HERNANDEZ-MONTALVO; ABIGAIL ADORNO-HERNANDEZ; ANGLE ADORNO-DELGADO; OSVALDO ENCARNACION-FLORES; VICENTE SANTIAGO; SARAHY CABAN-MENDEZ; MARIANA CABAN-MENDEZ; FELIX CORTES-CHACON; ROXY A. CORTES-ALICEA; TAMMY E. ALICEA-ALVAREZ; JOSE A. BERNABE-RODRIGUEZ; NESH M. BERNABE-NIEVES; ALEISHA M. BERNABE-NIEVES; ESPERANZA NIEVES-SANCHEZ; OSCAR LUNA-LUNA; WALESKA LOPEZ-GONZALEZ; ANDREA PAOLA LUNA-LOPEZ; OSCAR A. LUNA-LOPEZ; FRANCISCO PAGAN-DOMENA; ANGEL VELAZQUEZ-BREA; ANGEL VELAZQUEZ-MIRANDA; DAVID VELAZQUEZ-BREA; BELKYS BREA-POLANCO; VIVIANA VELAZQUEZ-BREA; EUNICE ORTIZ-RAMIREZ; MILAGROS SOLIS-CORTES; MAX A. MALDONADO-SOLIS; RICARDO MALDONADO-SOLIS; JOSE A. SUAREZ-FUENTES; MAXIMILIANO SUAREZ-CLAUDIO; ANA M. SUAREZ-CLAUDIO; BETTY CLAUDIO-HUERTAS; PETRA OCASIO-BAEZ; DOMENICO GALUTZ; CONJUGAL PARTNERSHIP CRUZ-CINTRON; CONJUGAL PARTNERSHIP HERNANDEZ-VALENTIN; CONJUGAL PARTNERSHIP MARRERO-VAZQUEZ; CONJUGEL PARTNERSHIP CANCEL-BAEZ; CONJUGAL PARTNERSHIP COLLAZO-COLON; CONJUGAL PARTNERSHIP CRUZ-ACEVEDO; CONJUGAL PARTNERSHIP CRUZ-CASTRO; CONJUGAL PARTNERSHIP DELGADO-GUADALUPE; CONJUGAL PARTNERSHIP DIAZ-ALEJANDRO; CONJUGAL PARTNERSHIP DIAZ-CRUZ; CONJUGAL PARTNERSHIP ERAZO-GONZALEZ; CONJUGAL PARTNERSHIP GONZALEZ-MUNOZ; CONJUGAL PARTNERSHIP LABOY-PAULINO; CONJUGAL PARTNERSHIP MALDONADO-FIGUEROA; CONJUGAL PARTNERSHIP MORALES-VALENTIN; CONJUGAL PARTNERSHIP NEGRON-NEGRON; CONJUGAL PARTNERSHIP OLIVO-ORTIZ; CONJUGAL PARTNERSHIP ORTIZ-GONZALEZ; CONJUGAL PARTERNSHIP ORTIZ-OTERO; CONJUGAL PARTNERSHIP PADILLA-COSME; CONJUGAL PARTNERSHIP PEDROSA-MEDINA; CONJUGAL PARTNERSHIP REYES-ROBLES; CONJUGAL PARTNERSHIP RIVERA-CRUZ; CONJUGAL PARTNERSHIP RIVERA-QUINONES; CONJUGAL PARTNERSHIP RIVERA-RIVERA; CONJUGAL PARTNERSHIP ROBLES-SANTOS; CONJUGAL PARTNERSHIP RODRIGUEZ-RIVERA; CONJUGAL PARTNERSHIP ROSADO-ROBLES; CONJUGAL PARTNERSHIP SANCHEZ-PEREZ; CONJUGAL PARTNERSHIP SANCHEZ-TORRES; CONJUGAL PARTNERSHIP SANTOS-OLIVO; CONJUGAL PARTNERSHIP SANTOS-ROSARIO; CONJUGAL PARTNERSHIP SEVERINO-RODRIGUEZ; CONJUGAL PARTNERSHIP SOTO-ROBLES; CONJUGAL PARTNERSHIP TORRES-RIVERA;

CONJUGAL PARTNERSHIP VALLE-ROSA; CONJUGAL PARTNERSHIP VARGAS-BERNIER; CONJUGAL PARTNERSHIP VARGAS-VARGAS; CONJUGAL PARTNERSHIP VELAZQUEZ-GARCIA; CONJUGAL PARTNERSHIP VELEZ-VELEZ; ROSA DOMENECH-GUZMAN, on her behalf and on behalf of her children Kryzia Perez-Domenech and on behalf of her granddaughter Kiniann Berrios-Perez; KINIANN BERRIOS-PEREZ, represented by her grandmother Rosa Domenech-Guzman; KRYZIA PEREZ-DOMENECH, represented by her mother Rosa Domenech-Guzman; RAMON F. ALVARADO-ENCARNACION; DAIDREE ELAIN SOISA-ALAMO; EVA ALLENDE, on behalf of her children Christopher Perez-Allende and Valeria Nicole Perez-Allende; STELLA RIVERA-COSME, on her behalf and on behalf of her children Jeanilyz Marco-Rivera; JEANILYS MARCO-RIVERA, represented by her mother Stella Rivera-Cosme; RAMON ORTEGA-RAMOS; YAZMIN NEGRON-BERDECIA; IRIS SANTIAGO-QUILES; CHRISTOPHER PEREZ-ALLENDE; VALERIA NICOLE PEREZ-ALLENDE; NATIVIDAD RAMOS-MALDONADO; ORLANDO DAVILA-MELENDEZ; YERIEL DAVILA-COSME; RAMON ROBLES

Plaintiffs - Appellants

v.

LIBERTY MUTUAL INSURANCE COMPANY, f/k/a Liberty International Underwriters, Inc.

Defendant - Appellee

CARIBBEAN PETROLEUM REFINING, L. P.; INPECOS A. G.; FIRST OIL INTERNATIONAL; GAD ZEEVI; RAM ZEEVI; GTRIMG FOUNDATION; AMERICAN INTERNATIONAL GROUP, INC.; UPT UNITED PRODUCT TANKERS GMBH AND CO., KG; UPT UNITED PRODUCT TANKERS (AMERICAS) LLC; SCHOELLER HOLDINGS LTD; COLUMBIA SHIPMANAGEMENT LTD; COLUMBIA SHIPMANAGEMENT (DEUTSCHLAND) GMBH; CAPE BRUNY SHIPPING COMPANY LTD; CAPE BRUNY TANKSCHIFFAHRTS; STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LTD; TOTAL PETROLEUM PUERTO RICO CORPORATION; TOTAL, S. A.; BEST PETROLEUM CORP.; SHELL OIL COMPANY; WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a/k/a Ace Limited; ACE LIMITED; NAVIGATORS GROUP, INC.; CARIBBEAN PETROLEUM CORPORATION; CHEVRON CORPORATION; BRITISH-AMERICAN PETROLEUM INTERNATIONAL CORPORATION; BP PRODUCTS NORTH AMERICA, INC.; BRITISH-AMERICAN PETROLEUM CORPORATION; BRITISH-AMERICAN PETROLEUM, INC.; BRITISH-AMERICAN OIL PRODUCING COMPANY; MAPFRE PUERTO RICO; M/V CAPE BRUNY; ANTARES OIL; ASTRA OIL CO., INC.; ASTRA OIL TRADING, NV; REPSOL PETROLEO SA SERVICES, INC.; RYTTSA, as agents of Repsol Petroleo, S. A. and Respsol YPF Group Businesses; KG; INTERTEK GROUP PLC; INTERTEK OIL CHEMICAL & AGRI DIVISION (CALEB BRETT); VITOL SA, INC.; CARIBBEAN PETROLEUM LIQUIDATION TRUST, Successor in interest to Caribbean Petroleum Corporation; FTI CONSULTING, INC., as Liquidation Trustee; ROYAL DUTCH SHELL PLC; CARIBBEAN OIL LP; CARIBBEAN PETROLEUM LP; GULF PETROLEUM PUERTO RICO CORPORATION; HARBOR FUEL SERVICE,

INC., a/k/a Harbor Bunkering Corporation; CHARTIS INSURANCE COMPANY OF PUERTO RICO; CHARTIS II; BP NORTH AMERICA, INC.; UNKNOWN DEFENDANTS

Defendants

## MANDATE

Entered: April 23, 2013

In accordance with the judgment of April 1, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Kevin Michael Acevedo-Carlson
Raul M. Arias-Marxuach
Francisco G. Bruno-Rovira
Ian Carvajal-Zarabozo
Francisco E. Colon-Ramirez
Jonathan K. Cooperman
Eileen Landron-Guardiola
James William McCartney
John F. Nevares Padilla Sr.
Rafael A. Ojeda-Diez
Eric Perez-Ochoa
Maria Emilia Pico
Eric Quetglas-Jordan
Diego A. Ramos-Cayon
Oreste Ricardo Ramos-Pruetzel
Luis N. Saldana-Roman
Sara Lydia Velez-Santiago
Eduardo A. Vera-Ramirez