IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELIZIER CRUZ-APONTE, et al.<br><br>Plaintiffs<br><br>v.<br><br>CARIBBEAN PETROLEUM CORPORATION, et al.<br><br>Defendants | Civil No. 09-2092-FAB<br><br>Consolidated with<br>09-2095, 09-2096, 09-2118, 09-2148, 09-2215, 10-1030, 10-1337, 10-2036, 10-2040, 10-2059, 10-2063, 10-2070, 10-2077, 10-2088, 10-2097, 10-2105, 10-2202, 10-2214 and 11-1206<br><br>This pleading applies only to:<br><br>09-2092, 09-2095, 09-2096, 09-2215, 10-1030 and 10-2036 |

**PLAINTIFFS' MOTION FOR VOLUNTARY PARTIAL DISMISSAL
WITH PREJUDICE DUE TO COMPROMISE**

NOW COME all the plaintiffs in Civil Actions Nos. 09-2092, 09-2095, 09-2096, 09-2215, 10-1030 and 10-2036 (collectively "Plaintiffs") and request that the Court dismiss with prejudice due to a settlement all the claims they have asserted in Civil Actions Nos. 09-2092, 09-2095, 09-2096, 09-2215, 10-1030 and 10-2036 against Caribbean Petroleum Corporation, Caribbean Petroleum Refining L.P. and Gulf Petroleum Refining (Puerto Rico) Corporation, but reserving to Plaintiffs all rights and claims asserted against all other parties in all consolidated actions.

-2-

**RESPECTFULLY SUMBITTED,**

In San Juan, Puerto Rico this 15th day of October, 2013.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I filed the preceding motion with the Court's CM/ECF system which will notify the counselors of record.

s/ *John F. Nevares*
JOHN F. NEVARES
USDC-PR 130502
John F. Nevares & Associates, PSC
P.O. Box 13667
San Juan, Puerto Rico 00908-3667
Telephone: (787) 722-9333
Facsimile: (787) 721-8820
Email: jfnevares@nevareslaw.com

Camilo K. Salas III (LSBA#11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085
E-mail: csalas@salaslaw.com

Daniel E. Becnel, Jr. (LSBA#2926)
Law Offices of Daniel E. Becnel, Jr.
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
E-mail: dbecnel@becnellaw.com

Eric M. Quetglas-Jordan
USDCPR #202514
QUETGLAS LAW OFFICE
P.O. Box 16606
San Juan, Puerto Rico 00908
Telephone: 787-722-0635
Facsimile: 787-725-3970
E-mail: Eric@crnetcilaslaw.com