## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELIEZER CRUZ-APONTE, *et al.*, **Plaintiffs**, v. CARIBBEAN PETROLEUM CORPORATION, *et al.*, **Defendants.** | **CIVIL NO.** 09-2092 (FAB) |

### PARTIAL JUDGMENT

In accordance with the Amended Order entered today (Docket No. 1121), partial judgment is entered **DISMISSING** claims against defendants Inpecos A.G. and First Oil International **without prejudice**, and **DISMISSING** claims against defendant GTRIMG Foundation **with prejudice**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 29, 2014.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE