## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| **ELIEZER CRUZ APONTE, *et al.* Plaintiffs** <br><br> **V.** <br><br> **CARIBBEAN PETROLEUM CORPORATION, *et al.* Defendants** | **CIVIL NO.: 09-2092 (FAB)** <br><br> And consolidated cases: <br><br> 09-2095, 09-2096, 09-2118, 09-2148, 09-2215, 10-1030, 10-1207, 10-1337, 10-2030, 10-2035, 10-2036 <br><br> **This pleading pertains to 10-1207 and 10-1337.** |

## JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2)

**TO THE HONORABLE COURT:**

**NOW COME**, through undersigned counsel, come the remaining parties[1] who have asserted claims, cross claims, third party claims, or claims by tender under Federal Rule of Civil Procedure 14(c) against The Navigators Group, Inc. and Navigators Insurance Company (as identified below), and The Navigators Group, Inc. and Navigators Insurance Company (collectively "Navigators"), and move for dismissal of all

---

[1]     Through Dkt. 1299 (unless otherwise noted, all Dkt. numbers provided herein refer to the consolidated lead case record in 09-2092), all claims against The Navigators Group, Inc. and Navigators Insurance Company (collectively "Navigators") in all following listed member cases were dismissed with prejudice by the Plaintiffs in **09-2092** (Claim asserted in Dkt. 81, Judgment at Dkt. 1299), **09-2095** (Claim asserted in Dkt. 529-1, Judgment at Dkt. 21 in member case), **09-2096** (Claim asserted in Dkt. 530-1, Judgment at Dkt. 19 in member case), **09-2118** (Claim asserted in Dkt. 917, Judgment at Dkt. 22 in member case), **09-2215** (Claim asserted in Dkt. 531-1, Judgment at Dkt. 19 in member case), **10-1030** (Claim asserted in Dkt. 532-1, Judgment at Dkt. 23 in member case), **10-2030** (Claim asserted in Dkt. 1 in member case, Judgment at Dkt. 21 in member case), **10-2036** (Claim asserted in Dkt. 1 in member case, Judgment at Dkt. 38 in member case), **10-1337** (Claims asserted in Dkt. 391, 397, and 915 against Plaintiffs and Petitioners in the Limitation of Liability case, (10-1337) Cape Bruny Tankschiffarhts GmbH and Co. KG and Cape Bruny Shipping Company Ltd., as owners, managing owners, owners pro hac vice, and/or operators of the M/T CAPE BRUNY, her engines, gear, tackle, appurtenances, etc. (collectively "Cape Bruny Defendants"), and Navigators was tendered to claimants in Dkt. 910, Judgment at Dkt. 1299).  Through Dkt. 1310, all claims of RLI Insurance Company in 09-2092 all claims against Navigators were dismissed (Claim asserted in Dkt.828).

claims asserted by the remaining parties against Navigators in the above-captioned actions, as set forth in detail below, with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(2), and with each party to bear its own respective costs and attorney fees.

a)   Miguel A. Marquez-Delgado, *et al.*, in member case 10-1207 (Claim against Navigators asserted in Dkt. 355) and in member case 10-1337 (Claim against Cape Bruny Defendants asserted in Dkt. 375, with Navigators tendered to Miguel A. Marquez-Delgado, *et al.* in Dkt. 910).

b)   Plaintiffs and Petitioners in the Limitation of Liability case, Cape Bruny Tankschiffarhts GmbH and Co. KG and Cape Bruny Shipping Company Ltd., as owners, managing owners, owners pro hac vice, and/or operators of the M/T CAPE BRUNY, her engines, gear, tackle, appurtenances, etc. (collectively "Cape Bruny Defendants") in member case 10-1337 (Third Party Claim against Navigators asserted in Dkt. 910).

c)   ~~Total Petroleum Puerto Rico Corp. in member case 10-1337 (Cross Claim asserted against Navigators in Dkt. 913) and in member case 10-1337 (Claim against Cape Bruny Defendants asserted in Dkt. 383, with Navigators tendered to Total Petroleum Puerto Rico Corp. in Dkt. 910).~~

d)   492 families and individual claimants in member case 10-1337 (Claim against Cape Bruny Defendants asserted in Dkt. 381, with Navigators tendered to 492 families and individual claimants in Dkt. 910).

e)   Harbor Bunkering Corp. in member case 10-1337 (Cross Claim asserted against Navigators in Dkt. 978) and in member case 10-1337 (Claim against Cape Bruny Defendants asserted in Dkt. 382 with Navigators tendered to Harbor Bunkering Corp. in Dkt. 910).

f)   Municipio de Toa Baja and others in member case 10-1337 (Claim against Cape Bruny Defendants asserted in Dkt. 381, with Navigators tendered to Municipio de Toa Baja and others in Dkt. 910).

g)   ~~BP Products North America, Inc. in member case 10-1337 (Cross Claim asserted against Navigators in Dkt. 979) and in member case 10-1337 (Claim against Cape Bruny Defendants asserted in Dkt. 389, with Navigators tendered to BP Products North America, Inc. in Dkt. 910).~~

h)   Commonwealth of Puerto Rico in member case 10-1337 (Claim against Cape Bruny Defendants asserted in Dkt. 395, with Navigators tendered to the Commonwealth of Puerto Rico in Dkt. 910).

i)   Astra Oil Company LLC, AOT Limited, and Astra Oil Trading, NV in member case 10-1337 (Claim against Cape Bruny Defendants asserted in Dkt. 690, with Navigators tendered to Astra Oil Company LLC, AOT Limited and Astra Oil Trading, NV in Dkt. 910).

j)   Shell Trading (U.S.) Company in member case 10-1337 (Claim against Cape Bruny Defendants asserted in Dkt. 906, with Navigators tendered to Shell Trading (U.S.) Company in Dkt. 910).

k)   Intertek USA, Inc. in member case 10-1337 (Claim against Cape Bruny Defendants asserted in Dkt. 908, with Navigators tendered to Intertek USA, Inc. in Dkt. 910).

l)   ~~Antares Oil Services, LLC in member case 10-1337 (Claim against Cape Bruny Defendants asserted in Dkt. 919, with Navigators tendered to Antares Oil Services, LLC in Dkt. 910).~~

WHEREFORE, Navigators and the aforementioned parties request entry of judgment in favor of Navigators dismissing with prejudice all claims by the aforementioned parties, with each party to bear its own respective costs and attorney's fees.

At San Juan, Puerto Rico, this 20th of August, 2015.

Respectfully submitted,

| | |
|---|---|
| **s/Álvaro R. Calderón, Jr.**<br>ÁLVARO R. CALDERÓN, JR.<br>USDC No.: 108304<br>E-mail: arc@microjuris.com<br>**s/Francisco J. Ortiz-Garcia**<br>FRANCISCO J. ORTIZ-GARCIA<br>BAR NO.:<br>Email: fjoglegalstudio@hotmail.com<br>**ÁLVARO R. CALDERÓN, JR. LAW OFFICE L.L.P.**<br>PO Box 9023611<br>San Juan, PR 00902-3611<br>787-367-8166<br>**Attorneys for Miguel A. Marquez-Delgado, *et al.*** | **s/Jose Durand-Carrasquillo**<br>JOSE DURAND-CARRASQUILLO<br>BAR NO.: 207010<br>**JOSE DURAN CARRASQUILLO LAW OFFICE**<br>PO Box 363904<br>San Juan, PR 00936-3904<br>787-783-9386<br>E-mail: durandj@microjuris.com<br>**Attorney for 492 families and individual claimants in member case 10-1337** |

| | |
|---|---|
| ~~NESTOR MENDEZ-GOMEZ~~<br>~~BAR NO.: 118409~~<br>**~~s/Jason R. Aguiló Suro~~**<br>~~JASON R. AGUILÓ SURO~~<br>~~BAR NO.: 227311~~<br>**~~PIETRANTONI MENDEZ &~~**<br>**~~ALVAREZ~~**<br>~~209 Munoz Rivera Ave., Suite 1901~~<br>~~San Juan, PR 00918~~<br>~~787-274-4909~~<br>~~E-mail: nmendez@pmalaw.com~~<br>**~~Attorneys for Total Petroleum Puerto~~**<br>**~~Rico Corp.~~** | **s/Jose Ramon Rivera-Morales**<br>JOSE RAMON RIVERA-MORALES<br>BAR NO.: 200701<br>**JIMENEZ, GRAFFAM & LAUSELL**<br>PO Box 366104<br>San Juan, PR 00936-6104<br>787-767-1030<br>Fax: 787-751-4068<br>Email: rrivera@jgl.com<br>**Attorneys for Cape Bruny**<br>**Tankschiffarhts GmbH and Co. KG**<br>**and Cape Bruny Shipping Company**<br>**Ltd., as owners, managing owners,**<br>**owners pro hac vice, and/or operators**<br>**of the M/T CAPE BRUNY, her engines,**<br>**gear, tackle, appurtenances, etc.** |
| **s/Rafael A. Ojeda Diez**<br>RAFAEL A. OJEDA DIEZ<br>BAR NO.: 201105<br>**OJEDA & OJEDA**<br>PO Box 9023392<br>San Juan, PR 00902-3392<br>Tels. (787) 728-4120 -728-4102<br>E-mail: rafaelojeda@ojedalawpr.com<br>**Attorneys for Harbor Bunkering**<br>**Corp.** | ~~ERIC PEREZ-OCHOA~~<br>~~BAR NO.: 206314~~<br>**~~ADSUAR MUNIZ GOYCO SEDA &~~**<br>**~~PEREZ OCHOA PSC~~**<br>~~PO Box 70294~~<br>~~San Juan, PR 00936-8294~~<br>~~787-756-9000~~<br>~~E-mail: epo@amgprlaw.com~~<br>**~~Attorneys for BP Products North~~**<br>**~~America, Inc.~~** |
| **s/John F. Nevares**<br>JOHN F. NEVARES<br>John F. Nevares & Associates, PSC<br>BAR NO.: 130502<br>PO Box 13667<br>San Juan, PR 00908-3667<br>TEL: 787-722-0333<br>Fax: 787-721-8820<br>E-mail: jnevarez@nevarezlaw.com<br>**Attorneys for Municipio de Toa Baja**<br>**and others in member case 10-1337** | **s/Angel J. Valencia-Gatell**<br>ANGEL J. VALENCIA-GATELL<br>USDC No. 300009<br>Department Of Justice<br>General Litigation Office<br>Federal Litigation Division<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>TEL. (787) 721-5636<br>FAX (787) 723-9188<br>E-mail: avalencia@justicia.pr.gov<br>**Attorney for the Commonwealth of**<br>**Puerto Rico.** |

| | |
|---|---|
| **s/Mariano A. Mier Romeu**<br>MARIANO A. MIER ROMEU<br>BAR NO. 217203<br>**REXACH & PICÓ, CSP**<br>802 Ave Fernández Juncos<br>San Juan PR 00907-4315<br>Tel. (787) 723-8520<br>Fax (787) 724-7844<br>mmier@reachpico.com<br>**Attorneys for Astra Oil Company LLC, AOT Limited and Astra Oil Trading, NV** | **s/Carlos A. Valdejully-Sastre**<br>CARLOS A. VALLDEJULY-SASTRE<br>BAR NO.: 209505<br>**O'NEILL & BORGES**<br>American International Plaza<br>250 Munoz Rivera Ave.<br>Suite 800<br>San Juan, PR 00918-1813<br>787-282-5725<br>Fax: 787-753-8944<br>Email:<br>carlos.valldejuly@oneillborges.com<br>**Attorneys for Shell Trading (U.S.) Company.** |
| **s/Dora L. Monserrate**<br>DORA L. MONSERRATE<br>BAR NO.: 212612<br>**MONSERRATE, SIMONET & GIERBOLINI**<br>101 San Patricio Ave., Suite 1120<br>Guaynabo, PR 00968<br>787-764-8960<br>Fax: 787-751-7114<br>E-mail: dmp@monserratelaw.com<br>**Attorneys for Intertek USA, Inc.** | ~~ANA M. RODRIGUEZ RIVERA~~<br>~~BAR NO.:~~<br>~~**O'NEILL & BORGES**~~<br>~~American International Plaza~~<br>~~250 Munoz Rivera Ave.~~<br>~~Suite 800~~<br>~~San Juan, PR 00918-1813~~<br>~~787-282-5798~~<br>~~Fax: 787-753-8944~~<br>~~Email: ana.rodriguez@oneillborges.com~~<br>~~**Attorneys for Antares Oil Services, LLC.**~~ |
| **s/Francisco J. Colón-Pagán**<br>FRANCISCO J. COLON-PAGAN<br>BAR NO.: 120503<br>**COLÓN & COLÓN, P.S.C.**<br>PO Box 9023355<br>San Juan, PR 00902-3355<br>Tel.: (787) 758-6060 ext. 236<br>Fax: (787) 753-1656<br>Email: fjcolon@colonlaw.com<br>**Attorneys for The Navigators Group, Inc. and Navigators Insurance Company** | |

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

s/Francisco J. Colón-Pagán