## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRUZ APONTE, *et al.*,<br><br>  **Plaintiffs,**<br><br>          **v.**<br><br>CARIBBEAN PETROLEUM CORP., *et al.*,<br><br>  **Defendants.** | **Civil No.** 09-2092 (FAB)<br><br>Consolidated with:<br><br>  09-2095; 09-2096; 09-2118;<br>  09-2148; 09-2215; 10-1030;<br>  10-1207; 10-1337; 10-2030;<br>  10-2035; 10-2036; 10-2040;<br>  10-2059; 10-2063; 10-2070;<br>  10-2077; 10-2088; 10-2097;<br>  10-2105; 10-2202; 10-2214 |

### PARTIAL JUDGMENT

In accordance with the Order entered today (Docket No. 1453), all claims asserted by The Navigators Group, Inc., Navigators Insurance Company, Total Petroleum Puerto Rico Corp., Westchester Surplus Lines Insurance Company, AOT Limited, Astra Oil Company LLC, Intertek USA, Inc., and Harbor Bunkering Corporation in all consolidated actions, whether asserted directly or through any Rule 14(c) tender, against Shell Trading U.S. Company are **DISMISSED, with prejudice.**

Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, November 3, 2015.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE