IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELIEZER CRUZ APONTE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CARIBBEAN PETROLEUM CORPORATION, et al.,<br><br>Defendants. | Civil No. 09-2092 (FAB) |
| IN THE MATTER OF:<br><br>CAPE BRUNY TANKSCHIFFARTHS GMBH AND CO. KG AND CAPE BRUNY SHIPPING COMPANY, LTD.<br><br>Plaintiffs-Petitioners. | Civil No. 10-1337 (FAB) |

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE COURT:**

The plaintiffs-petitioners, who are third-party plaintiffs under Federal Rule of Civil Procedure 14(c), Cape Bruny Tankschiffarths GmbH and Co. KG and Cape Bruny Shipping Company, Ltd. (the "Cape Bruny parties"), and the Claimant-third party defendant (without submission to the Court under the Eleventh Amendment Immunity) Commonwealth of Puerto Rico, through their respective undersigned counsel, respectfully state, inform and pray that:

1.   The Cape Bruny parties filed a proceeding under the Limitation of Liability Act, 46 U.S.C. § 30501-30512, on April 22, 2010. (Civil No. 10-1337). Under Docket Number 395 the Commonwealth of Puerto Rico submitted a formal Claim within this proceeding under Rule F(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. 28 U.S.C. Under Docket Number 910

1

the petitioners submitted *Petitioners' Amended Rule 14(c) Third Party Complaint*, (the "Third-Party Complaint"), which pleading included a third-party claim against the Commonwealth of Puerto Rico.

2. The Cape Bruny parties and the Commonwealth of Puerto Rico have entered into a stipulation for the voluntary dismissal of the Claim and Third-Party Complaint. (Docket Numbers 395 and 910).

3. In consideration of this stipulation, the appearing parties hereby voluntarily dismiss, withdraw and surrender all claims and arguments by and between them, with prejudice. This includes the Claim and Third-Party Complaint, and all pending motions and arguments asserted in this action. The appearing parties further request that upon the entry of an Order approving the present stipulation, a Final Partial Judgment be entered under Federal Rule of Civil Procedure 54(b), insofar as there is no just reason to delay the entry of judgment.

**WHEREFORE**, the appearing parties respectfully request that this Honorable Court enter an Order approving this stipulation, and enter a Final Partial Judgment dismissing with prejudice the Claim asserted under Docket Number 395 and the Third-Party Complaint as to the Commonwealth of Puerto Rico under Docket Number 910, all pursuant to Federal Rule of Civil Procedure 41(a)(2), without the imposition of costs and attorney fees.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 25th day of January, 2016.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing automatically to all counsel of record.

**CESAR MIRANDA RODRIGUEZ**
Secretary of Justice

**MARTA ELISA GONZALEZ YGLESIAS**
Deputy Secretary
In charge of Civil Matters

**WANDYMAR BURGOS VARGAS**
U.S.D.C.-P.R. Bar No. 223502
Director
Federal Litigation Division
wburgos@justicia.pr.gov

*S/ Idza Díaz Rivera*
**IDZA DÍAZ RIVERA**
U.S.D.C.-P.R. Bar No. 223404
Federal Litigation Division
Department of Justice
P.O. Box 9020102
San Juan, Puerto Rico 00902-0192
Tel. (787) 721-2900, Ext. 2606
Fax. (787) 723-9188
idiaz@justicia.pr.gov

*Attorneys for the Commonwealth of Puerto Rico*

<u>s/J. Ramón Rivera-Morales</u>
J. Ramón Rivera-Morales
(USDC-PR 200701)
Manolo T. Rodríguez-Bird
(USDC-PR 203607)
Jorge F. Blasini
(USDC-PR 213001)
Jiménez, Graffam & Lausell
*Attorneys for Cape Bruny Tankschiffarths GmbH and Co. KG; and Cape Bruny Shipping Company Ltd.*
PO Box 366104
San Juan, PR  00936-6104
Tel. 787-767-1030
Fax 787-751-4068
E-Mail: rrivera@jgl.com