IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRUZ APONTE, *et al.*,<br><br>**Plaintiffs**,<br><br>v.<br><br>CARIBBEAN PETROLEUM CORP., *et al.*,<br><br>**Defendants**. | **Civil No.** 09-2092 (FAB)<br><br>Consolidated with:<br>  09-2095; 09-2096; 09-2118;<br>  09-2148; 09-2215; 10-1030;<br>  10-1207; 10-1337; 10-2030;<br>  10-2035; 10-2036; 10-2040;<br>  10-2059; 10-2063; 10-2070;<br>  10-2077; 10-2088; 10-2097;<br>  10-2105; 10-2202; 10-2214<br><br>**This Partial Judgment refers to Civil No. 10-1337** |

**PARTIAL JUDGMENT**

In accordance with the Order entered on January 25, 2016 (Docket No. 1577), the Commonwealth of Puerto Rico's claim set forth in docket number 395 and the Cape Bruny's parties' Amended Rule 14(c) third-party claims set forth at docket number 910, are **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 26, 2016.

                              s/ Francisco A. Besosa
                              FRANCISCO A. BESOSA
                              UNITED STATES DISTRICT JUDGE