IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ELIEZER CRUZ APONTE, et al.;**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**CARIBBEAN PETROLEUM CORPORATION, et al.;**<br><br>    **Defendants.** | **CIVIL NO. 09-2092(FAB)**<br><br>*This document applies to:*<br><br>*Civil No. 10-1337(FAB)* |

**JOINT MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(2)**

**COME NOW** the Plaintiffs and BP Products North America, Inc. ("BP") through the undersigned counsel, and respectfully allege and pray as follows:

1.    Some or all of the Plaintiffs filed a lawsuit in the United States District Court for the District of Puerto Rico under case no. 3:09-cv-02092 FAB and styled *ELIEZER CRUZ APONTE and MAGDALENA CARABALLO, Plaintiffs, on behalf of themselves and all others similarly situated vs. CARIBBEAN PETROLEUM CORPORATION, et. al., Defendants*, which case was subsequently consolidated with certain other lawsuits filed by the Plaintiffs in the United States District Court for the District of Puerto Rico under civil case nos. 3:09-cv-02095-FAB; 3:09-cv-02096 FAB; 3:09-cv-02118 FAB; 3:09-cv-02148 FAB; 3:09-cv-02215 FAB; 3:10-cv-01030 FAB; 3:10-cv-01207 FAB; 3:10-cv-01337 FAB; 3:10-cv-02030 FAB; 3:10-cv-02036 FAB; 3:10-cv-02035 FAB (hereinafter collectively referred to as the "CAPECO Consolidated Cases").

2.    Some or all of the Plaintiffs also filed a lawsuit in the United States District Court for the District of Puerto Rico under case no. 3:10-cv-02040 FAB and styled *EUGENIO*

*RIVERA-OLIVERA, on behalf of himself and for all others similarly situated, Plaintiffs, v. ANTARES OIL SERVICES, LLC, et. al., Defendants,* which case was subsequently consolidated with certain other lawsuits filed by the Plaintiffs in the United States District Court for the District of Puerto Rico under civil case nos. 3:10-cv-02059 FAB; 3:10-cv-02063 FAB; 3:10-cv-02070 FAB; 3:10-cv-02077 FAB; 3:10-cv-02088 FAB; 3:10-cv-02097 FAB; 3:10-cv-02105 FAB; 3:10-cv-02202 FAB; 3:10-cv-02214 FAB; and, 3:11-cv-01206 FAB (hereinafter referred to as the "Antares Consolidated Cases").

3. Finally, some or all of the Plaintiffs also filed Claims in the Petition for Exoneration from or Limitation of Liability of CAPE BRUNY TANKSCHIFFARTS GmbH AND Co. KG and CAPE BRUNY SHIPPING COMPANY LTD bearing Civil Action No. 10-1337-FAB (hereinafter referred to as the "Limitation Action" and, together with the Antares Consolidated Cases and the CAPECO Consolidated Actions, the "Lawsuits").

4. Plaintiffs and BP have entered into a private and confidential settlement, release and indemnity agreement to settle the Lawsuits.

5. In consideration of said agreement, Plaintiffs hereby voluntarily dismiss with prejudice any and all claims asserted in the Lawsuits against BP.

6. Plaintiffs and BP further inform the Court that the intent of their settlement, release and indemnity agreement is to fully implement the doctrines adopted by the Supreme Court of Puerto Rico in the cases of <u>Szendrey v. Hospicare, Inc.</u>, 158 D.P.R. 648 (2003), <u>US Fire Ins. Co. v. AEE</u>, 174 D.P.R. 846 (2008) and <u>Sagardía de Jesús v. Hosp. Auxilio Mutuo</u>, 177 D.P.R. 484 (2009), with regard to the effect a settlement and release of one defendant has while the case continues against other defendants. The effect of the settlement, release and indemnity agreement is that Plaintiffs release BP from its internal relationship or potential joint liability

with all other codefendants in the Lawsuits, as well as any other potentially liable party not currently named in the Lawsuits. Accordingly, Plaintiffs may not recover from any other party any sum attributed to BP on account of the joint liability of BP, if any, with any such party, so as to ensure that any such party has no right to assert any type of contribution or indemnity action ("nivelación") against BP.

7. Plaintiffs will continue to prosecute their respective claims against all other defendants who have not been dismissed from this suit and reserve all their rights and claims against such other defendants.

**WHEREFORE**, the appearing parties respectfully request the Honorable Court to enter Partial Judgment dismissing *with prejudice* the claims asserted in the Lawsuits against BP pursuant to Federal Rule of Civil Procedure 41(a)(2), without the imposition of costs and attorney fees, and with full reservation of Plaintiffs' rights against all other parties.

**RESPECTFULLY SUBMITTED**.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 26th day of January, 2016.

s/ *John F. Nevares*
JOHN F. NEVARES
USDC-PR 130502

John F. Nevares & Associates, PSC P.O. Box 13667

San Juan, Puerto Rico 00908-3667 Telephone: (787) 722-9333

Facsimile: (787) 721-8820
E-mail: jfnevares@nevareslaw.com

s/*Camilo K. Salas III*
Camilo K. Salas III (LSBA#11657) SALAS & Co., L.C.
650 Poydras Street, Suite 2000 New Orleans, LA 70130
Telephone: 504-799-3080
Facsimile: 504-799-3085
E-mail: csalas@salaslaw.com

s/*Eric M. Quetglas-Jordan* Eric M. Quetglas-Jordan
USDCPR #202514
QUETGLAS LAW OFFICE P. O. Box 16606
San Juan, Puerto Rico 00908
Telephone: 787-722-0635
Facsimile: 787-725-3970 E-mail: Eric@quetglaslaw.com

s/*José Durand Carrasquillo*
José Durand Carrasquillo
JOSE DURAND CARRASQUILLO LAW FIRM
P. O. Box 363904
San Juan, PR 00936-3904
Telephone(s): 787-783-9386 & 787-783-3329
Facsimile: 787-792-8802
E-mail: durandj@microjuris.com

**Attorneys for Plaintiffs**
Miguel Marquez Delgado and Gloryvid Figueroa
s/Francisco J. Ortiz García
FRANCISCO J. ORTIZ GARCIA
USDC #: 213506
ÁLVARO R. CALDERÓN, JR.
P. O. Box 192259
San Juan, Puerto Rico 00919-2259
Telephone 787 753-5050 Fax. 787 765-8028
Email: arc@microjuris.com

s/Eric Perez-Ochoa
ERIC PEREZ-OCHOA
USDC-PR No.: 206314

s/ Francisco M. Viejo-López
FRANCISCO M. VIEJO-LÓPEZ
USDC-PR 222709

ADSUAR MUNIZ GOYCO SEDA & PEREZ OCHOA PSC
PO Box 70294
San Juan, PR 00936-8294
Tel: 787-756-9000
Fax: 787-756-9010
E-mail: epo@amgprlaw.com
fviejo@amgprlaw.com

KELLEY DRYE & WARREN LLP
Co-counsel for BP
William A. Escobar, Esq.
Jonathan Cooperman, Esq.
Ana Y. Correa, Esq.
*Admitted Pro Hac Vice*
101 Park Avenue
New York, NY 10178
Tel: 212.808.7800
Fax: 212.808.7897
Emails: WEscobar@KelleyDrye.com
JCooperman@KelleyDrye.com
ACorrea@KelleyDrye.com

**Attorneys for BP Products North America, Inc.**

Case 3:09-cv-02092-FAB    Document 1580    Filed 01/26/16    Page 5 of 5