# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRUZ APONTE, *et al.*,<br><br>**Plaintiffs**,<br><br>v.<br><br>CARIBBEAN PETROLEUM CORP., *et al.*,<br><br>**Defendants**. | **Civil No.** 09-2092 (FAB)<br><br>Consolidated with:<br>09-2095; 09-2096; 09-2118;<br>09-2148; 09-2215; 10-1030;<br>10-1207; 10-1337; 10-2030;<br>10-2035; 10-2036; 10-2040;<br>10-2059; 10-2063; 10-2070;<br>10-2077; 10-2088; 10-2097;<br>10-2105; 10-2202; 10-2214 |

## PARTIAL JUDGMENT

In accordance with the Order entered on January 25, 2016 (Docket No. 1583), plaintiffs' claims against defendant Antares Oil Services, LLC are **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 26, 2016.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE