## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CRUZ APONTE, *et al.*, <br><br> **Plaintiffs**, <br><br> v. <br><br> CARIBBEAN PETROLEUM CORP., *et al.*, <br><br> **Defendants**. | **Civil No.** 09-2092 (FAB) <br><br> Consolidated with: <br> 09-2095; 09-2096; 09-2118; <br> 09-2148; 09-2215; 10-1030; <br> 10-1207; 10-1337; 10-2030; <br> 10-2035; 10-2036; 10-2040; <br> 10-2059; 10-2063; 10-2070; <br> 10-2077; 10-2088; 10-2097; <br> 10-2105; 10-2202; 10-2214 |

**PARTIAL JUDGMENT**

In accordance with the Order entered on January 25, 2016 (Docket No. 1581), plaintiffs' claims against defendant BP Products North America, Inc. are **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, January 26, 2016.

                                               s/ Francisco A. Besosa
                                               FRANCISCO A. BESOSA
                                               UNITED STATES DISTRICT JUDGE