**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ELIEZER CRUZ-APONTE, *et al.*,<br><br>     **Plaintiffs,**<br><br>          **v.**<br><br>CARIBBEAN PETROLEUM CORP., *et al.*,<br><br>     **Defendants.** | **Civil No.** 09-2092 (FAB)<br><br>Consolidated with:<br>     09-2095; 09-2096; 09-2118;<br>     09-2148; 09-2215; 10-1030;<br>     10-1207; 10-1337; 10-2030;<br>     10-2035; 10-2036; 10-2040;<br>     10-2059; 10-2063; 10-2070;<br>     10-2077; 10-2088; 10-2097;<br>     10-2105; 10-2202; 10-2214 |

**FINAL JUDGMENT**

The following civil actions were consolidated with Civil Action 09-2092 (FAB):

3:09-cv-02095;   3:09-cv-02096;   3:09-cv-02118;   3:09-cv-02148;

3:09-cv-02215;   3:10-cv-01030;   3:10-cv-01207;   3:10-cv-01337;

3:10-cv-02030;   3:10-cv-02035;   3:10-cv-02036;   3:10-cv-02040;

3:10-cv-02059;   3:10-cv-02063;   3:10-cv-02070;   3:10-cv-02077;

3:10-cv-02088;   3:10-cv-02097;   3:10-cv-02105;   3:10-cv-02202;

3:10-cv-02214; and 3:11-cv-01206.

The Court has been advised in various motions that all parties have settled and resolved all causes of actions, claims, cross-claims, counterclaims and third-party claims existing between them, and that no pending matters remain in these consolidated actions.

Accordingly, each of the consolidated actions listed here is dismissed with prejudice, and without any imposition of costs or attorney fees.  This Court retains jurisdiction to enforce its

Civil No. 09-2092 (FAB)                                                    2

Orders of May 10, 2010, September 24, 2014 and January 14, 2016,
Docket Numbers 343, 1142 and 1563.

These consolidated cases are now closed for administrative
purposes.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

San Juan, Puerto Rico, February 16, 2016.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE

-2-