IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ELIZIER CRUZ-APONTE, et al.<br><br>Plaintiffs<br><br>v.<br><br>CARIBBEAN PETROLEUM CORPORATION, et al.<br><br>Defendants | Civil No. 09-2092-FAB<br><br>and consolidated cases |

## MOTION IN COMPLIANCE WITH ORDER

**TO THE HONORABLE COURT**:

**NOW INTO COURT, COMES** John F. Nevares, Esq., and very respectfully states and prays as follows:

1. On January 20th, 2023, this Honorable Court ordered the undesigned attorney to provide Plaintiff Heriberto Garcia Parra, with the Settlements Agreements in the consolidated cases.

2. On January 24th, 2023, the Settlements Agreements were delivered to Plaintiff at the Bayamon 501 Correctional Facility thru Ms. Maria Pacheco Torres #11379, who is the Administrative Public Official at the Correctional Facility in charge of receiving documents on behalf of the inmates. (Evidence of delivery of Settlements Agreements is attached hereto as Exhibit 1).

**WHEREFORE**, John F. Nevares, Esq., respectfully requests from this Honorable Court that it take notice of his compliance with Order dated January 20th, 2023, Docket No. 1647.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 25th day of January, 2023.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I filed the preceding motion with the Court's CM/ECF system which will notify the counselors of record.

s/ *John F. Nevares*
JOHN F. NEVARES
USDC-PR 130502
John F. Nevares & Associates, PSC
P.O. Box 13667
San Juan, Puerto Rico 00908-3667
Telephone: (787) 722-9333
Facsimile: (787) 721-8820
Email: jfnevares@nevareslaw.com
